IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED
01 APR 26 PM 4:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| JANICE MORGAN, BARBARA RICHARDSON, CORA CANNON, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | CIVIL ACTION NUMBER: CV-01-C-0303-W |
| FAMILY DOLLAR STORES, INC., | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION TO FACILITATE NOTICE (29 U.S.C. §216(b))

**COMES NOW** the plaintiffs, Janice Morgan, Barbara Richardson and Cora Cannon, by and through the undersigned counsel, and respectfully, pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), moves this Honorable Court for an Order (1) holding that the above-captioned case will proceed as a collective action; (2) authorizing notice by first class mail to all similarly situated management employees employed by Family Dollar Stores, Inc. at any time during the three years prior to the filing of this action to inform them of the nature of the action and their right to opt-into this lawsuit; and (3) ordering Family Dollar Stores, Inc. to produce a computer-readable data file containing the names, addresses, Social Security number and telephone numbers of such potential opt-ins so that notice may be implemented.

Respectfully submitted,

_____
Gregory O. Wiggins
Counsel for the Plaintiffs

OF COUNSEL:

GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.
1400 SouthTrust Tower
Birmingham, Alabama 35203
205/328-0640

J. Allen Schreiber
SCHREIBER & PETRO, P.C.
Two Metroplex Drive, Suite 107
Birmingham, Alabama 35243
205/871-5080

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a copy of the above and foregoing, by U.S. Mail, properly addressed and postage prepaid, on:

James Walker May
T. Matthew Miller
BRADLEY, ARANT, ROSE & WHITE, LLP
2001 Park Place North, Suite 1400
Birmingham, Alabama 35203

This the 26 day of April, 2000.

_____
OF COUNSEL

2