IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JANICE MORGAN, BARBARA RICHARDSON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FAMILY DOLLAR STORES, INC.,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>CV-01-C-0303-W |

### NOTICE OF FILING

Defendant Family Dollar Stores, Inc. gives notice to plaintiffs' counsel of the filing with the Court of the following materials:

1.     The deposition of Dr. Edwin Bradley and exhibits thereto.

Respectfully submitted,

_____
James Walker May
Arnold W. Umbach, III
T. Matthew Miller
Abdul K. Kallon
Ronald H. Kent
Attorneys for Family Dollar

1

**OF COUNSEL:**

BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8000

CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing Notice of Filing on:

> Gregory O. Wiggins, Esq.
> Wiggins, Childs, Quinn & Pantazis
> The Kress Building
> 301 19th Stret North
> Birmingham, AL 35203

by hand delivery on this 29th day of June, 2004.

_____
OF COUNSEL

2

1/1181791.1