IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JANICE MORGAN, BARBARA RICHARDSON, CORA CANNON, LAURIE R. TROUT (WILSON) on behalf of themselves and all others similarly situated, ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER: |
| ) | CV-01-C-0303-W |
| ) | |
| FAMILY DOLLAR STORES, INC., ) ) | |
| Defendants. ) | |

## PLAINTIFFS' WITNESS LIST FOR JUNE 13, 2005 TRIAL

The representative witnesses are identified on the attached list and, as clients of plaintiffs' counsel, should only be contacted through such counsel at the following address: Wiggins, Childs, Quinn & Pantazis, LLC, The Kress Building, 301 19th Street North, Birmingham, Alabama 35203. All such persons are primary witnesses and are numbered 2-252.[1]  Such witnesses' testimony will be offered through a combination of live testimony and deposition extracts or summaries to the extent permitted by the Court and the federal rules of procedure and evidence.

The following primary witnesses are not Family Dollar employees or former employees:

---

[1] There is no number 1 on the attached chart. Witnesses begin with #2.

1

253. Nancy Porter
915 40th Street South #2
Birmingham, Alabama 35222

254. Bill Belt
16810 Hunters Point Drive
Dallas, Texas 75248-1616

255. Dr. Edwin Bradley
Quantitative Research
2015 Kentucky Avenue
Birmingham, Alabama 35216

256. Dr. John Verres
AUM - University Outreach in Montgomery, Alabama
600 South Court Street
Montgomery, Alabama 36104

257. Brian Farrington
120 West Third Street, Suite 212
Fort Worth, Texas 76102

The following primary witnesses are employees or former employees of Family Dollar for whom addresses other than defendant's address are not known and whose testimony may be presented either through live testimony and/or deposition extracts, summaries or reading:

258. Bill Broome
259. Bruce Barkus
260. John Clifford
261. Dennis Heskett
262. Dennis Merriam
263. Howard Levine
264. Sue Fontes
265. Mike Zeuge
266. Mark Chidester

267. Sherry Walden
268. Melissa Minger
269. Harold Landers
270. Howard Laird
278. David Geiger
279. Sharon Kay Spanogle
280. Steve Foster
281. Linda Taylor
282. Sue Lawhorn
283. Merrill Malone
284. Peggy Pedigo
285. Mike Vickers
286. Malcolm Cannon
287. Don Butler
288. Dennis Merriman
289. Sam McPherson
290. James Parker
291. Jill Suzanne Fisher
292. Fred Wine
293. Katherine Fleming
294. Melissa Minger
295. William B. McCarthy
296. Stephen Phillips
297. Christina Ross
298. Leona Spiesman
299. Ramesh Chikkala
300. Jim Papp

The following secondary witnesses are plaintiffs in this action and should only be contacted through their attorney at the following address: Wiggins, Childs, Quinn & Pantazis, LLC, The Kress Building, 301 19th Street North, Birmingham, Alabama 35203.

301. Don Adams
302. Judy Adcock
303. Marilyn Amico
304. Cynthia Anderson

305. Glen Anderson
306. David Anderson
307. Nellie Ashburn
308. Tracey D. Atchison
309. Vicky Y. Bailey
310. Verna Baker
311. Patricia Banasiak
312. Carolyn A. Bane
313. Cathy Becker
314. Patricia Beers
315. Carolyn A. Benton
316. Abuwi Beyah
317. Jennifer Braden
318. Sallie E. Brandt
319. Diane Bremer
320. Greg Brewer
321. Marie Brockway
322. Lona Brown
323. Lawana F. Brown
324. Clide Tee Bruner
325. Lisa Ann Burke
326. Tamara M. Burns
327. Chester Cabebe
328. Lisa Cairns
329. Marie Andreil Calais
330. Baccuhus H. Carver
331. Virginia G. Caskey
332. Lynn A. Cauwenbergh
333. Lisa Coelho
334. Douglas Neil Cole
335. Shelby J. Cook
336. Michelle L. Cordeiro
337. Louis Couch
338. Vicki Dickens
339. Jewel Y. Donaghe
340. Mary K. Dotson
341. Scott Doty
342. Linda Karen Dougan

4

343. John E. Dukes
344. Carol Edmondson
345. Timothy J. Fridolph Elliott
346. Monica Fagan
347. Teresa Fleming
348. Lawrence P. Fortier
349. Mona D. Fortner
350. Robert F. Foye
351. Donna O. Francis
352. Daniel Friedberg
353. Linda L. Fulmer
354. Lynette Anne Gabor
355. John C. Gardner
356. Isabel P. Garza
357. Cheryl Gorske
358. Allyson Green
359. Elaine M. Greenstein
360. Misty Dawn Griffin
361. Donna M. Griffith
362. Virginia S. Haagenson
363. Dona P. Hager
364. Katherine T. Haig
365. Charla N. Deweese Haines
366. Jodi Haling
367. Wesley Hamman
368. Wendy Hansen
369. Kirk B. Harris
370. Angie L. Harris
371. Brenda Harris
372. Retha Anne Hendrixson
373. Aleshia Hill
374. Ronda Gail Hindman
375. Edith Lyn Hinkley
376. Peggy S. Holland
377. Merlene C. Hood
378. Lori A. Hudson
379. Maira B. Jackson
380. Julia A. Jernigan

381. Lynn Jerovetz
382. Sandra K. Johnson
383. Cathy Colleen Johnson
384. Joan L. Kasper
385. LaShonya Kelley
386. Molly Marie Kersey
387. Paula Jo Kotalik
388. Sherry L. Kuhn
389. Sharon L. LaPointe
390. Alfred J. Lawrence
391. Nancy B. Lemus
392. Brenda D. Mahaffey
393. Marianne M. Marks
394. Arturo C. Marquez
395. Carol Martin
396. Rita Martinez
397. Christina Matthews
398. Tracy J. Mauldin
399. Julie N. May
400. Nancy A. McCuen
401. Teresa Menear
402. Eleanor D. Miller
403. Don Moody
404. Susan J. Moses
405. Rebecca Murphy
406. Debbie Myers
407. Margaret J. Nason
408. Amber Sue Nelson
409. Karen A. Nolan
410. Sharon Passamonte
411. John P. Patterson
412. Maxine Peters
413. Judy Petz
414. Bonnie Phillips
415. Donna J. Poole
416. Barbara L. Raber
417. Susan Perez Ramirez
418. Catherine L. Hutchinson Raveltte

419. Patricia Reeves
420. Amanda Repass
421. Debra Riley
422. Patricia Roberts
423. Robert L. Ross
424. Frances Rushing
425. Donna Russell
426. Ruby Sadler
427. Mary J. Salazar
428. James E. Sander
429. Tammie L. Sawyer
430. Mary F. Sayles
431. Darla Lyn Scheffert
432. Gary Schulke, Jr.
433. Karen J. Scott
434. Annette Scott
435. Tammy L. Self-Doty
436. Diane Sherwood
437. Sheri Shipes
438. Mary Skarpa
439. Paul G. Skrha
440. Ruthie Rena Smiley
441. Darlene Smith
442. Sherri Smith
443. Jance Smith
444. Valentina Sosa
445. Joyce Stalnaker
446. Mary Stanley
447. Linda A. Stark
448. Matthew J. Stolz
449. Tracy Suhr
450. Barbara G. Sylvester
451. Rona Teel
452. Sheri Selby Thatcher
453. Patricia A. Thomas
454. Karen K. Thompson
455. Betty A. Thompson
456. Peter M. Tobin

457. Christine Kay Todd
458. Beth Todd
459. Shelia Y. Trice
460. Patsy G. Tucker
461. Maria C. Valencia
462. Darlene VanHeerden
463. John G. Wakefield
464. Laura A. Walker
465. Debra Jo Walters
466. John Welch
467. Becky Wenninger
468. Carol L. Wilkesmore
469. Carolyn Y. Williams
470. Ralph K. Williams
471. Carla Wilson
472. Clara P. Wilson
473. Paula Y. Winters
474. Chris Wood
475. Colleen R. Wood
476. Randy D. Woods
477. Lloyd Wyman
478. Annette Yates
479. Debora Zajac
480. Cindy Zimbrich
481. Shirley Baker
482. Contance Bowden
483. Judy Brown
484. Diane Brown-Owens
485. Dwayne Bryant
486. Melanie Butler
487. Tomelita Caffey
488. Norman Carter
489. Robert Carter
490. Amantha Chandler
491. Tammie Coggins
492. Mary Covington
493. Judy Cryer
494. Mona Fortner

495. Michael Frazier
496. Barbara Hampton
497. Virginia Hanner
498. Angie Harris
499. Issac Harris
500. Larry Harville
501. John Hoven
502. Lashonya Kelley
503. Tamara Kelly
504. Henry Knox
505. Sanjeanetta Mabien
506. Tammy McElroy
507. Yolanda McKenzie
508. Margaret Nason
509. Regina Nichols
510. Barbara Parker
511. Jacqueline Patterson
512. Rebecca Philyaw
513. Irma Rodgers
514. Mary Salazar
515. Shirley Simmons
516. Dorothy Smith
517. Sarah Somers
518. Sophia Spencer
519. Mary Stanley
520. Laura Steen
521. Saundra Stewart
522. Angela Turner
523. Terry Walker
524. Charles Warren
525. Carlton Kenneth Whitman
526. Deborah Whitman
527. Robert Whitaker
528. Brenda Woods
529. Angela Alexander
530. Latossia Clark
531. Beatrice Cooks-Smith
532. Bettina Copeland

533. Donald Franklin
534. Charlotte Harper
535. Linda Harris
536. Mildred Wells Hedrick
537. Fara Hennington
538. Debra Gray Hogan
539. Peggy Holland
540. Lucy Johnson
541. Tammie Johnson
542. Meldric Jones
543. Henrietta Key
544. Patricia Leflore
545. Jennifer Madison
546. Edwina Marshall
547. Patricia Martin
548. Tracy Martin
549. Janice Page
550. Cynthia Peden
551. Shirley Potts
552. Mary Ann Reese
553. Margaret Rogers
554. Regina Ruckle
555. Frances Rushing
556. Betty Thompson
557. Sherry Traylor
558. Patricia White
559. Kernan Williams
560. Patricia Wilson

561. Any and all witnesses listed by the defendant not objected to by the plaintiffs.

562. Any and all witnesses needed for rebuttal testimony

          Respectfully submitted,

/s/Kevin W. Jent
Robert L. Wiggins, Jr.
Robert F. Childs, Jr.

C. Michael Quinn
Gregory O. Wiggins
Herman N. Johnson, Jr.

Kevin W. Jent
Counsel for the Plaintiffs

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
205/314-0500

          J. Allen Schreiber
          P. Mark Petro

OF COUNSEL:
SCHREIBER & PETRO, P.C.
Attorneys at Law
Suite 250
2 Metroplex Drive
Birmingham, Alabama 35209

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2005, I served the foregoing via CM/ECF to the following:

James Walker May
T. Matthew Miller
Arnold W. Umbach, III
Abdul K. Kallon
Ronald H. Kent
Joseph B. Mays
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place, 1819 5th Avenue North
Birmingham, Alabama 35203

J. Mark White
Attorney at Law
WHITE ARNOLD ANDREWS & DOWD, P.C.
Suite 600, 2025 Third Avenue North
Birmingham, Alabama 35203

/s/Kevin W. Jent

OF COUNSEL