EXHIBIT A

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
| | 2938 | 93 | 13 | 9.17 | 14385 | 1 | UR | 1416624 | NO |
| | 1964 | 93 | 13 | 7 | 11477 | 1 | UR | 1597855 | NO |
| | 4090 | 13 | 13 | 6 | 7800 | 0 | ST | 485638 | NO |
| | 2302 | 97 | 13 | 5 | 7467 | 1 | UR | 889204 | NO |
| | 3380 | 97 | 13 | 4.2 | 7560 | 0 | LTS | 766930 | NO |
| | 3677 | 97 | 13 | 7.63 | 9547 | 1 | LTS | 1279585 | NO |
| | 2689 | ** | *** | 2.75 | ****** | ** | **** | data NF | ***** |
| | 3030 | ** | **** | 3.54 | ******* | ** | **** | data NF | YES |
| | 1826 | 97 | 13 | 4 | 7000 | 1 | MU | 782040 | NO |
| 2. ADAMS, BERNICE E | 3621 | 97 | 13 | 4.17 | 7680 | 1 | UR | 700587 | NO |
| 3. ALEXANDER, ANGELA | 2801 | 253 | 4 | 3.84 | 8438 | 3 | RU | 988658 | NO |
| | 2837 | 120 | 16 | 4.77 | 7315 | 1 | LTS | 813710 | NO |
| 4. ALLEN, KRISTA | 3963 | 222 | 19 | 5.09 | 8000 | 0 | MU | 1149463 | NO |
| | 1648 | 176 | 17 | 11.18 | 9975 | 3 | MU | 3043791 | NO |
| | 3158 | 280 | 17 | 8.79 | DNF | **** | *** | -------- | --- |
| | 1732 | 280 | 17 | 8.50 | DNF | **** | **** | -------- | --- |
| | 2668 | 280 | 17 | 8.39 | DNF | ***** | ***** | ---------- | --- |
| | 1228 | 280 | 17 | 6.40 | 7270 | 4 | UR | 1473191 | NO |
| | 3350 | 163 | 17 | 7.50 | 7000 | 2 | MU | 1540498 | NO |
| | 2024 | 172 | 17 | 12.72 | 12961 | 3 | MU | 2809756 | NO |
| 5. ALLENDE, RAMON E | 3688 | 172 | 17 | 7.10 | 7440 | 3 | MU | 2107439 | NO |
| | 3519 | 194 | 7 | 3.5 | 7000 | 0 | RU | 793475 | NO |
| | 4161 | 194 | 7 | 4.75 | 8000 | 0 | RU | 741627 | NO |
| | 4139 | 194 | 7 | 4.25 | 9000 | 1 | LTS | 546603 | NO |
| | 4960 | 194 | 7 | 3.95 | 8000 | 1 | LTS | 557711 | NO |
| 6. ALSON, CATHERINE E. | 1754 | 194 | 7 | 3.18 | 7000 | 1 | MU | 752967 | NO |
| 7. ANDERSON, BRENDA | 3018 | **** | *** | 5.00 | DNF | * | ** | ****** | ** |
| | 3980 | 198 | 16 | 4.83 | 10072 | 1 | MU | 1225200 | NO |
| 8. ANDERSON, CAROLYN A | 4465 | 133 | 10 | 5.24 | 8580 | 1 | ST | 427280 | NO |
| | 20 | 133 | 10 | 4.33 | DNF | * | ** | ***** | ** |

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 9. ARRELIN JOE ****** | 3087 | 214 | 18 | 7.09 | 8704 | 2 | MU | 152720 | No |
|  | 5037 | 214 | 18 | 7.67 | 7835 | 1 | MU | 513520 | No |
|  | 5178 | 288 | 18 | 6.19 | 8573 | 2 | MU | 255953 | No |
|  | 5120 | 214 | 18 | 8.50 | 9796 | 3 | MU | 55259 | No |
|  | 5165 | 288 | 18 | 7.50 | 7464 | 0 | MU | N/A | No |
|  | 5495 | 288 | 18 | 4.42 | 10003 | 1 | MU | N/A | NO |
| 10. ATTAWAY, HARVEY W | 1747 | *** | *** | 3.00 | DNF | *** | ** | ****** |  |
|  | 2896 | 89 | 7 | 4.32 | 7000 | 1 | UR | 1005330 | NO |
| 11. AVITIA, PETRA C | 2519 | 273 | 6 | 3.00 | 7200 | 1 | RU | 499812 | NO |
|  | 4104 | 273 | 6 | 3.56 | 8055 | 1 | RU | 496380 | YES |
| 12. BACKUS, CHERYL | 2910 | 244 | 9 | 4.32 | 7174 | 0 | RU | 669983 | No |
|  | 2732 | 43 | 15 | 2.89 | 6800 | 0 | RU | 834764 | No |
| 13. BAKER SHIRLEY I | 296 | 43 | 15 | 4.75 | 9000 | 1 | LTS | 1452362 | -- |
|  | 333 | 43 | 15 | 4.52 | 7000 | 2 | UR | 1081804 | No |
| 14. BARBE, SUZETTE MARIE | 2694 | 153 | 12 | 3.49 | 7074 | 0 | LTS | 744458 | No |
| 15. BARBER, DELORES W. ****** | 3724 | 253 | 4 |  | 6600 | 3 | ST | 598846 | No |
|  | 545 | 253 | 4 |  | 8000 | 2 | RU | 922908 | NO |
| 16. BARENTINE-HURLEY, MARY | 2165 | 52 | 2 | 5.46 | 9000 | 1 | LTS | 1071198 | No |
|  | 1321 | 52 | 2 | 4.50 | 10000 | 1 | RU | 819792 | No |
| 17. BEAM, GARRY N | 2887 | 82 | 6 | 4.6 | 10000 | 0 | RU | 816390 | No |
|  | 3990 | 160 | 12 | 6.83 | 7680 | 0 | MU | 839515 | No |
| 18. BEASLEY, INGRID | 2224 | 160 | 12 | 5.08 | 7200 | 0 | ST | 1262809 | No |
|  | 2410 | 150 | 12 | 6.46 | 7500 | 1 | MU | 1028395 | No |
|  | 3861 | 84 | 18 | 4.75 | 10220 | 0 | MU | 850183 | No |
|  | 4050 | 84 | 18 | 8.0 | 7900 | 0 | ST | 710318 | No |
| 19. BENNETT, CHARLES D | 4297 | 84 | 18 | 6.82 | 9100 | 0 | MU | 937934 | No |
|  | 2943 | 196 | 14 |  | 9760 | 0 | LTS | 1258641 | No |
| 20. BERRIOS, PORFIRIO J | 1024 | 23 | 2 |  | 9393 | 4 | ST | 1266127 | No |
|  | 2643 | 25 | 2 |  | 7200 | 1 | LTS | 1165178 | No |
| 21. BICE, MISTY S. ***** | 1882 | 48 | 4 | 3.46 | 9407 | 1 | RU | 762379 | NO |
| 22. BLAKENEY, JULIE S | 522 | 238 | 3 | 5.21 | 8000 | 1 | RU | 107843 | No |
| 23. BLOSS, JUDY K | 3347 | 170 | 13 | 2.88 | 7110 | 0 | ST | 397272 | No |

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 24. BLY, JULIE | 3044 | 169 | 13 | 4.81 | DNF | ** | ** | ***** | **** |
|  | 1201 | 169 | 13 | 5.20 | 8348 | 1 | UR | 1149358 | No |
| 25. BRACEY, KATHERINE B | 772 | 132 | 10 | 7.18 | 8510 | 3 | UR | 1657949 | No |
|  | 4780 | ** | ** | 6.0 | DNF | ** | *** | ***** | *** |
| 26. BRADY, RUBY N | 1080 | 17 | 2 | 13.65 | 15000 | 3 | MU | 2576688 | No |
| 27. BREMER, TYRUS | 1767 | 88 | 7 | 6.42 | 8450 | 3 | MU | 1660323 | No |
| 28. BROWN, JUDY B. | 803 | 51 | 4 | 2.93 | 6000 | 1 | RU | 749653 | Yes |
|  | 760 | ** | ** | 2.50 | DNF | ** | ** | ****** | *** |
| 29. BROWN, SHELLAH | 1882 | 48 | 4 | 3.34 | 9407 | 1 | RU | 762379 | No |
|  | 552 | 48 | 4 | 4.50 | 11900 | 1 | LTS | 1272929 | Yes |
|  | 3611 | 70 | 5 | 3.75 | DNF | *** | **** | ****** | *** |
| 30. BROWN, THOMAS W | 1611 | 263 | 10 | 5.95 | 6960 | 3 | LTS | 1142958 | No |
|  | 3298 | 132 | 10 | 6.0 | 6090 | 0 | MU | 1052690 | No |
| 31. BROWNE, JANET | 3255 | 175 | 17 | 3.71 | 10000 | 0 | RU | 756165 | No |
|  | 3770 | 166 | 17 | 3.86 | 8000 | 0 | RU | 1006422 | No |
|  | 979 | 228 | 2 | 5.64 | 9686 | 3 | MU | 11661174 | No |
|  | 1622 | 228 | 2 | 8.91 | 10200 | 3 | MU | 1998194 | No |
| 32. BURKE, LINDA M | 2352 | 228 | 2 | 5.74 | 9200 | 2 | RU | 1414926 | Yes |
|  | 1151 | 92 | 7 | 5.20 | 8500 | 1 | LTS | 1080522 | No |
|  | 3001 | 92 | 7 | 4.30 | 8775 | 1 | MU | 867916 | NO |
| 33. BUTLER, EARL | 3413 | 289 | 7 | 6.13 | 8420 | 2 | MU | 1155510 | No |
| 34. BUTLER, MELANIE | 2369 |  |  | 3.62 | DNF |  |  |  |  |
| 35. BUTLER, SHARON LYNN | 1651 | 241 | 7 | 4.40 | 7000 | 1 | ST | 1042497 | No |
|  | 4279 | 241 | 7 | 4.08 | 7485 | 1 | ST | 788006 | No |
| 36. CAFFEY, TOMELITA | 1676 | 44 | 4 | 7.0 | 7000 | 4 | UR | 1504894 | No |
|  | 1633 | 44 | 4 | 9.50 | 8500 | 3 | UR | 1382416 | No |
| 37. CANNON, GERALDINE A. | 2610 | 265 | 12 | 4.0 | 7909 | 0 | RU | 787139 | No |
| ***** | 4258 |  |  | 4.18 |  |  |  |  |  |

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
|  | 3935 | 225 | 18 | 8.37 | 8544 | 3 | MU | 627073 | No |
|  | 4024 | 84 | 18 | 9.0 | 8990 | 1 | MU | 890625 | NO |
|  | 4029 | 232 | 18 | 9.88 | 9600 | 2 | MU | 1218010 | No |
|  | 4134 | 225 | 18 | 4.40 | 8181 | 2 | ST | 858901 | No |
|  | 4567 | 225 | 18 | 8.0 | 12000 | 2 | LTS | 1714349 | No |
|  | 880 | 225 | 18 | 5.11 | 10445 | 1 | LTS | 1113248 | No |
|  | 4948 | 225 | 18 | 4.83 | 8990 | 1 | MU | 890625 | No |
| 38. CARRERA, JOSUE | 5088 | 225 | 18 | 4.56 | 7462 | 2 | MU | 434166 | No |
| 39. CARTER, NORMAN V. | 1676 | 44 | 4 | 5.75 | 7000 | 4 | UR | 1504894 | No |
|  | 3176 | ** | * | 4.50 | DNF | * | ** | ***** | ** |
| 40. CARTER, ROBERT J. | 1676 | 44 | 4 | 7.56 | 7000 | 4 | UR | 1504894 | No |
|  | 928 | 109 | 8 | 9.31 | 6750 | 3 | MU | 1624886 | No |
|  | 4618 | 259 | 8 | 5.83 | 7925 | 1 | MU | 661184 | No |
|  | 4710 | 259 | 8 | 11.17 | 10800 | 2 | MU | 795773 | No |
| 41. CASEY, FLETA M | 925 | 13 | 1 | 10.0 | 16500 | 4 | MU | 1525449 | No |
| 42. CHARLES, GLORIA | 2031 | 44 | 4 | 5.04 | 7000 | 3 | UR | 1311565 | No |
|  | 1740 | 211 | 6 | 5.50 | 8170 | 1 | MU | 754378 | No |
| 43. CHAVARRIA, MAXIMA | 2331 | 211 | 6 | 5.44 | 7475 | 1 | MU | 1146871 | No |
|  | 1754 | 194 | 7 | 6.15 | 7000 | 1 | MU | 752967 |  |
| 44. CHEADLE, JOE O | 3108 | 90 | 7 | 6.39 | 13867 | 1 | LTS | 866260 |  |
| 45. CLARK, LOTOSSIA | 674 | 68 | 4 | 4.71 | 8100 | 3 | LTS | 982070 | No |
| 46. COOKS-SMITH, BEATRICE | 3993 | 67 | 4 | 6.4 | 8000 | 3 | UR | 1045782 | No |
|  | 3711 | 120 | 6 | 3.78 | 6459 | 0 | ST | 542918 | No |
|  | 5661 | 120 | 16 | 5.75 | 9269 | 0 | ST | N/A | No |
| 47. CONAWAY, DIANE | 1525 | 120 | 16 | 4.25 | 6000 | 0 | RU | 599715 | No |
|  | 1577 | 114 | 16 | 5.64 | DNF | ** | *** | ******* | **** |
|  | 4705 | 114 | 16 | 7.61 | 10800 | 2 | MU | 769594 | No |
|  | 3845 | 114 | 16 | 4.25 | 6400 | 0 | MU | 828526 | No |
|  | 4221 | 114 | 16 | 5.97 | 7076 | 1 | LTS | 946131 | No |
| 48. CORSARO, CANDACE | 4740 | 114 | 16 | 6.61 | 17000 | 2 | UR | 1297503 | No |

| | FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 49. | CORRERA, DANIEL | 3479 | 285 | 11 | 3.94 | 7250 | 0 | RU | 1095338 | No |
| | | 3807 | 122 | 9 | 4.67 | 8000 | 0 | LTS | 1133093 | No |
| | | 3389 | 122 | 9 | 3.82 | 10160 | 0 | LTS | 1301067 | No |
| 50. | COUSIN, RICHIE H. **** | 523 | 68 | 4 | 6.50 | 8800 | 0 | LTS | 854167 | No |
| | | 4230 | 210 | 4 | 6.33 | 8000 | 0 | RU | 508487 | No |
| 51. | CRUZ, ENRIQUE I | 3273 | 247 | 6 | 6.82 | DNF | * | ** | ***** | ** |
| | | 3765 | 249 | 7 | 4.60 | 8000 | 1 | RU | 727660 | |
| 52. | CUTCHALL, WILMA | 3539 | 249 | 7 | 4.15 | 7500 | 2 | LTS | 1029163 | |
| | | 1295 | 249 | 7 | 4.67 | 8995 | 2 | LTS | 1196116 | |
| 53. | DALTON GOSS, JANET R | 1014 | 101 | 17 | 3.9 | DNF | ** | ** | ** | ** |
| 54. | DAVIS, LLOYD B | 1531 | 11 | 7 | | 7079 | 1 | UR | 751890 | NO |
| | | 1305 | 11 | 7 | | 7800 | 2 | UR | 970773 | NO |
| 55. | DAY, RICHARD A | 2136 | 23 | 2 | 13.14 | 16000 | 3 | LTS | 1990399 | |
| | | 2356 | 23 | 2 | 6.64 | 10800 | 2 | LTS | 1414936 | |
| 56. | DETTER, BILL V | 708 | 66 | 5 | 6.72 | 9010 | 2 | UR | 2006111 | NO |
| | | 1314 | 66 | 5 | 6.68 | 8100 | 2 | UR | 1736159 | NO |
| 57. | DICKERSON, ANGELA B | 370 | 130 | 10 | 4.26 | 7000 | 1 | LTS | 673040 | NO |
| | | 979 | 228 | 2 | 6.57 | 9686 | 3 | MU | 1166174 | |
| | | 4086 | 17 | 8 | 5.93 | 11700 | 1 | UR | 1162172 | No |
| | | 4841 | 17 | 8 | 5.54 | 10940 | 0 | LTS | 745075 | No |
| 58. | DINOLFO, CAROL N | 4949 | 17 | 8 | 4.94 | 8509 | 0 | LTS | 745098 | No |
| | | 3076 | 106 | 8 | 5.56 | 10500 | 1 | RU | 935517 | No |
| | | 3687 | 106 | 8 | 3.87 | 6635 | 2 | UR | 855696 | No |
| | | 3033 | 107 | 8 | 5.57 | 7158 | 0 | RU | 912202 | No |
| | | 5229 | 106 | 8 | 5.34 | 8464 | 2 | UR | N/A | No |
| 59. | DIXON, REBECCA | 2136 | 23 | 2 | 6.79 | 16000 | 3 | LTS | 1990399 | No |
| 60. | DONES, MAREO T | 2349 | 213 | 15 | 6.37 | 7800 | 3 | MU | 1229018 | No |
| 61. | DUESSLER, ALICE O | 4049 | 240 | 17 | 5.24 | 9200 | 1 | UR | 1303536 | No |
| 62. | DUNNING, DENISE M | 193 | 38 | 3 | 6.42 | 7540 | 2 | ST | 1404194 | No |
| 63. | DUPONT, SANDRA | 2854 | 9 | 1 | 4.88 | 10500 | 1 | ST | 748608 | No |
| | | 2245 | 9 | 1 | 4.33 | 7200 | 0 | ST | 836628 | No |
| 64. | EDLUND, LINDA K | 3358 | 86 | 7 | 3.48 | 6912 | 0 | RU | 609344 | |
| 65. | EISENHARDT, ROBERT | 2964 | | | 2.96 | DNF | | | | |

| | FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 66. | ELAM, RICKY | 616 | | | 4.81 | DNF | | | | |
| 67. | ELLEFSON, BETTY J | 3420 | 168 | 17 | 4.93 | 12428 | 0 | LTS | 1227832 | No |
| | | 2827 | 214 | 18 | 5.50 | 8450 | 0 | MU | 1427378 | No |
| | | 4953 | 218 | 6 | 7.25 | 7466 | 1 | RU | 317552 | No |
| | | 4236 | 214 | 18 | 6.86 | 10700 | 0 | LTS | 1509808 | No |
| 68. | EPSTEIN, DAVID | 2586 | 241 | 7 | 4.25 | 10058 | 0 | ST | 869795 | |
| | | 2229 | 241 | 7 | 3.88 | 12750 | 1 | ST | 1029454 | |
| 69. | ETHRIDGE, JODI D | 4033 | 241 | 7 | 2.97 | 8000 | 0 | ST | 429448 | |
| 70. | FAGNANI, AL | 3729 | 137 | 11 | 4.46 | 7500 | 0 | ST | 857624 | No |
| | | 3136 | 144 | 11 | 4.11 | 8750 | 0 | ST | 1183098 | No |
| 71. | FEGGINS, LAVASIER **** | 4280 | 44 | 4 | 4.50 | DNF | ** | *** | ****** | *** |
| | | 1102 | 44 | 4 | 5.97 | 8000 | 3 | UR | 970116 | No |
| 72. | FIORE, ROBERT J | 2802 | 144 | 11 | 6.0 | 7838 | 3 | LTS | 1367042 | No |
| | | 2103 | 144 | 11 | 7.67 | 10400 | 2 | RU | 1814111 | No |
| | | 3928 | 144 | 11 | 4.53 | 8771 | 0 | RU | 955201 | No |
| | | 4024 | 84 | 18 | 5.95 | 8990 | 1 | MU | 890625 | No |
| | | 4390 | 84 | 18 | 4.93 | 14500 | 2 | MU | 810369 | Yes |
| | | 3692 | 84 | 18 | 6.33 | 8000 | 2 | UR | 1229750 | Yes |
| | | 5127 | 84 | 18 | 6.0 | 14200 | 1 | MU | 343088 | No |
| 73. | FORLER, LARRY | 5095 | 84 | 18 | 4.50 | 7462 | 1 | RU | 119098 | Yes |
| 74. | FOWLER, EARL | 46 | 129 | 10 | 6.61 | DNF | * | ** | ***** | ** |
| 75. | FOWLKES, RC JR | 1145 | 144 | 11 | 7.05 | 6600 | 3 | UR | 2091199 | No |
| | | 1196 | ** | ** | 5.15 | DNF | ** | ** | ****** | *** |
| 76. | FRANCES, JAMES | 4529 | 140 | 11 | 6.66 | 8100 | 0 | ST | 990629 | No |
| 77. | FREEMAN, SUE R | 3651 | 234 | 9 | 4.77 | 6272 | 0 | LTS | 931904 | No |
| 78. | FULTON, BRINDA | 1767 | 88 | 7 | 7.64 | 8450 | 3 | MU | 1660323 | No |
| 79. | GANN, JACK | 3288 | 251 | 1 | 4.61 | 11569 | 2 | RU | 1029318 | No |
| 80. | GARZA, RAFAEL | 3131 | 73 | 6 | 5.65 | 8610 | 0 | MU | 823303 | No |
| | | 36 | ** | * | 9.0 | DNF | ** | ** | ****** | ***** |
| 81. | GILES, WILLIAM RICHARD | 3574 | 293 | 15 | 4.10 | 7000 | 0 | ST | 821948 | No |

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 82. GONDZAR, STANLEY | 843 | 222 | 11 | 9.26 | 9150 | 1 | MU | 1666137 | No |
|  | 1829 | *** | ** | 12.00 | DNF | ** | ** | ***** | ** |
|  | 4341 | 222 | 19 | 6.75 | 13300 | 3 | MU | 1455633 | Yes |
|  | 5510 | 138 | 19 | 7.38 | 11758 | 3 | MU | N/A | No |
| 83. GOWAN, SHERRY R | 3087 | 214 | 8 | 6.57 | 8704 | 2 | MU | 1527200 | No |
|  | 4233 | 214 | 8 | 5.51 | 8000 | 2 | MU | 1234590 | No |
|  | 4998 | 214 | 8 | 5.87 | 7356 | 2 | RU | 428356 | No |
|  | 5019 | 214 | 8 | 5.00 | 7466 | 1 | RU | 391837 | No |
| 84. GROOTHIUS, RICHARD | 1893 | 174 | 13 | 4.92 | 7820 | 0 | LTS | 1101409 | No |
|  | 3400 | 174 | 13 | 4.73 | 8023 | 0 | LTS | 1003806 | No |
| 85. GUERRERO, NANCY | 3454 | 77 | 6 | 6.92 | 8896 | 3 | LTS | 1292663 | No |
|  | 4193 | 247 | 6 | 8.63 | 8000 | 2 | UR | 915437 | No |
|  | 4588 | 77 | 6 | 8.17 | 8000 | 3 | RU | 1027335 | No |
|  | 3210 | 148 | 11 | 5.13 | 7341 | 1 | LTS | 823477 | No |
|  | 3639 | 264 | 11 | 4.97 | 6660 | 2 | LTS | 1082409 | No |
|  | 2926 | 141 | 11 | 9.10 | 9280 | 2 | LTS | 1289213 | No |
|  | 4850 | 148 | 11 | 7.88 | 7660 | 3 | LTS | 774867 | No |
|  | 2265 | 141 | 11 | 6.50 | 9684 | 0 | LTS | 1459456 | No |
|  | 5134 | 141 | 11 | 6.50 | 7728 | 0 | LTS | 435697 | No |
|  | 3268 | 141 | 11 | 5.35 | 7000 | 2 | LTS | 1052539 | No |
|  | 5035 | 141 | 11 | 3.29 | 7694 | 0 | ST | 341343 | No |
|  | 199 | *** | ** | 3.33 | DNF | ** | ** | ******* | ** |
| 86. GUGLIELMO, MARY K | 507 | 237 | 15 | 5.75 | 9000 | 3 | RU | 1432945 | No |
| 87. GUSTAVUS, SHARRIAN | 785 | 229 | 5 | 7.55 | 8000 | 3 | LTS | 1126143 | No |
|  | 2103 | 141 | 19 | 7.38 | 10400 | 2 | RU | 1814111 | No |
|  | 2171 | 139 | 11 | 8.0 | 10690 | 4 | MU | 2384754 | No |
|  | 2592 | 294 | 19 | 7.95 | 7500 | 3 | LTS | 1970535 | No |
| 88. HAHL, JAMES | 2802 | 144 | 19 | 6.50 | 7838 | 3 | LTS | 1367042 | No |
| 89. HAMPTON, BARBARA B. | 4053 | 53 | 4 | 4 | 9000 | 0 | RU | 499461 | No |
| 90. HANSEN, MICHELLE LYNN | 3607 | 157 | 12 | 3.87 | 7980 | 2 | LTS | 685,512 | Yes |
| 91. HARRIS, CORA |  |  |  |  |  |  |  |  |  |

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 92. HARRIS, ISSAC T. | 296 | 43 | 15 | 3.63 | 9000 | 1 | LTS | 1452362 | No |
|  | 4246 | 43 | 15 | 4.65 | 8100 | 3 | UR | 1414510 | No |
| 93. HARRISON, KAROL M | 3473 | 200 | 14 | 4.47 | 6698 | 1 | RU | 1154183 | No |
|  | 3173 | 2 | 13 | 3.20 | 8270 | 0 | LTS | 688182 | No |
|  | 4025 | 2 | 13 | 7.20 | 11153 | 1 | UR | 1266669 | No |
| 94. HEIM, ELDEN E | 1805 | 165 | 13 | 6.88 | 10875 | 1 | UR | 1227804 | No |
|  | 2979 | 266 | 13 | 3.96 | 9946 | 0 | ST | 1185637 | No |
| 95. HEJL, LEONARD J | 2325 | 266 | 13 | 7.0 | 7777 | 3 | MU | 2111742 | No |
| 96. HENANDEZ, JOSE C. | 2169 | 73 | 6 | 7.19 | 8940 | 2 | MU | 1647174 | No |
|  | 3232 | 214 | 18 | 6.27 | 15400 | 1 | MU | 2056117 | No |
|  | 2828 | 214 | 18 | 7.80 | 8707 | 1 | MU | 2275875 | No |
|  | 2931 | 214 | 18 | 5.78 | 8102 | 1 | RU | 1467757 | NO |
| 97. HERREA, ANTONIO | 5072 | 214 | 18 | 4.17 | 7933 | 1 | MU | 562120 | No |
|  | 1826 | 97 | 13 | 5.60 | 7000 | 1 | MU | 782040 | Yes |
| 98. HERRIAGE, BRENDA | 2146 | 97 | 13 | 6.35 | 9110 | 1 | LTS | 2630589 | No |
|  | 1286 | 259 | 8 | 3.53 | 6300 | 0 | ST | 540967 | No |
| 99. HESTER, PAMELA | 656 | 98 | 8 | 4.0 | DNF | *** | *** | ******* | ** |
| 100. HILL, MAGNOLIA | 253 | 45 | 15 | 6.18 | DNF | ** | ** | ***** | ** |
|  | 2333 | 14 | 1 | 6.38 | 8000 | 2 | MU | 1122066 |  |
|  | 4037 | 14 | 1 | 5.0 | 7750 | 1 | MU | 800015 |  |
| 101. HODGE, CALVIN R | 4187 | 14 | 1 | 10.00 | 8000 | 1 | Mu | 385853 |  |
|  | 3649 | 147 | 16 | 6.15 | 7000 | 0 | RU | 712704 | NO |
| 102. HOOD, DAVID H | 1952 | 147 | 16 | 5.89 | 7000 | 0 | ST | 912968 | NO |
| 103. HOUGHTON, CARLA | 3906 | 52 | 2 | 4.22 | 8050 | 1 | LTS | 624701 | No |
| 104. HOUSTON, WILLIAM | 2334 | 152 | 16 | 8.62 | 9499 | 3 | MU | 2508361 | No |
| 105. HUGHES, SHELLY | 2249 | 157 | 12 | 3.68 | 10210 | 0 | ST | 1028745 | No |
| 106. HUNT, FELICIA KAYE | 3439 | 90 | 7 | 3.05 | 6990 | 1 | MU | 617679 | No |
| l107. RWIN, ELIZABETH |  |  |  |  |  |  |  |  |  |
| 108. JACKSON, CLIFTON | 1170 | 71 | 5 |  | 6600 | 3 | MU | 1519863 | No |
| 109. JACKSON, GLENDA T. |  |  |  |  |  |  |  |  |  |
|  | 2861 | 207 | 1 | 4.34 | 11040 | 1 | UR | N/A | No |
|  | 1814 | 208 | 1 | 4.21 | 8000 | 1 | UR | 875435 | No |
| 110. JAMES, SHARON | 4407 | 208 | 1 | 4.03 | DNF | ** | ** | ****** | **** |

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 111. JERTSON, JAMES | 2024 | 172 | 17 | 14.88 | 12961 | 3 | MU | 2809756 | No |
|  | 2280 | 90 | 7 | 4.50 | 8750 | 2 | MU | 815162 | NO |
|  | 4652 | 90 | 7 | 6.0 | 8000 | 1 | MU | 807118 | NO |
|  | 1384 | 90 | 7 | 5.25 | 10000 | 1 | MU | 1217846 | NO |
|  | 1369 | 194 | 7 | 6.0 | 7000 | 1 | MU | 752967 | NO |
|  | 1754 | 194 | 7 | 3.75 | 7000 | 1 | MU | 752967 | NO |
|  | 1491 | 194 | 7 | 3.36 | 9600 | 0 | LTS | 933737 | NO |
| 112. JOHNSON, MICHAEL L | 4261 | 194 | 7 | 2.90 | 16371 | 1 | MU | 652757 | NO |
| 113. JONES, GRETCHEN M RYLE ***** | 1923 | 51 | 4 | 4.80 | 7425 | 1 | RU | 494394 | YES |
|  | 1704 | 51 | 4 | 4.19 | 8280 | 1 | ST | 581771 | NO |
|  | 449 | 51 | 4 | 3.46 | 7535 | 1 | LTS | 796429 | NO |
|  | 1298 | 279 | 1 | 6.15 | ******* | ****** | ****** | ****** | ***** |
|  | 4664 | 13 | 1 | 6.83 | 12000 | 4 | MU | 1529642 | YES |
|  | 1170 | 71 | 5 | 9.70 | 6600 | 3 | MU | 1519863 | NO |
| 114. JONES, MICHAEL D | 1568 | 71 | 5 | 8.17 | ****** | ****** | ****** | ****** | ****** |
| 115. JONES, TIMOTHY | 2931 | 214 | 18 | 6.29 | 8102 | 1 | RU | 1467757 | NO |
|  | 2594 | 170 | 13 | 3.44 | 12750 | 1 | MU | 1193934 | NO |
| 116. KAUFFMAN, MARRIE L | 2199 | 170 | 13 | 4.33 | 7121 | 3 | MU | 1425891 | NO |
|  | 925 | 13 | 1 | 9.15 | 16500 | 4 | MU | 1525449 | NO |
| 117. KELLEY, MICHAEL D. | 2596 | 13 | 1 | 5.30 | 7000 | 1 | RU | 1012007 | NO |
|  | 1379 | 268 | 1 | 5.22 | 8100 | 3 | LTS | 1415506 | NO |
|  | 4352 | 279 | 1 | 7.52 | 7500 | 2 | MU | 694538 | YES |
|  | 925 | 13 | 1 | 7.19 | 16500 | 4 | MU | 1525449 | NO |
| 118. KENERSON, SAM JR | 5511 | ***** | *** | 18.00 | ****** | **** | ****** | ****** | ***** |
| 119. KENNEDY, ADA L | 16 | 126 | 10 | 5.13 | 7117 | 1 | RU | 1003435 | NO |
|  | 40 | 36 | 3 | 9.0 | 18088 | 1 | MU | 1665972 | No |
| 120. KESTERSON, ROY M | 2093 | 36 | 3 | 9.14 | 70000 | 3 | MU | 1480256 | No |
|  | 2817 | 36 | 3 | 11.08 | | | | | |
| 121. KEY, HENRITTA S. | 4103 | 106 | 8 | 12.5 | 8000 | 3 | RU | 934486 | No |
|  | 1266 | 161 | 12 | 5.36 | 7200 | 0 | LTS | 924854 | No |
|  | 1558 | 161 | 12 | 4.0 | 6900 | 0 | ST | 765867 | No |
|  | 1200 | 161 | 12 | 6.04 | 7840 | 1 | UR | 108900 | No |
| 122. KIMSEY, MARY M | 5321 | 161 | 12 | 7.0 | 8619 | 1 | UR | 40962 | No |

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 123. KNOX, HENRY | 1676 | 44 | 4 | 6.0 | 7000 | 4 | UR | 1504894 | NO |
| | 2031 | 44 | 4 | 5.93 | 7000 | 3 | UR | 1311565 | NO |
| | 1770 | 4 | 6 | 8.60 | 8906 | 3 | UR | 1489253 | NO |
| | 2828 | 214 | 18 | 8.50 | 11625 | 1 | LTS | 2413585 | YES |
| | 2506 | 4 | 6 | 6.38 | 10648 | 1 | UR | 1137719 | NO |
| 124. LABONTE, JAMES E | 4356 | 4 | 6 | 4.89 | 7500 | 1 | UR | 1103194 | NO |
| 125. LAFLORE, PATRICIA | ***** | **** | **** | | ***** | *** | * | ***** | **** |
| 126. LAND, TERRY | 1521 | 153 | 12 | 20.23 | 16250 | 4 | MU | 4301889 | NO |
| | | | | | | | MU | | |
| 127. LANE, LORI | 1773 | 103 | 17 | 4.04 | 7647 | 0 | MU | 788655 | NO |
| | 4200 | 103 | 17 | 7.43 | 8470 | 0 | MU | 1145862 | NO |
| 128. LEE, ALVIN | 235 | 46 | 15 | 5.60 | 9000 | 3 | MU | 1093910 | YES |
| | 1788 | 46 | 15 | 6.75 | 8000 | 3 | MU | 1205726 | NO |
| 129. LUMLEY, MARK | 2827 | 214 | 18 | 6.33 | 8450 | 0 | ST | 1427378 | NO |
| | 2636 | 214 | 18 | 8.40 | 11200 | 2 | MU | 1862684 | NO |
| | 5305 | 214 | 18 | 6.42 | 8559 | 2 | MU | 19818 | NO |
| 130. MACLANE, JAMES | 2463 | 144 | 11 | 8.00 | 6860 | 0 | LTS | 809687 | YES |
| | 2592 | 144 | 11 | 6.65 | 7500 | 3 | LTS | 1970535 | NO |
| 131. MANGUM, LUTHER | 225 | 132 | 10 | 7.11 | 10010 | 1 | UR | 1728278 | NO |
| 132. MAJESKI, DAVID S | 1264 | 156 | 16 | 11.54 | 9000 | 1 | MU | 2.2 MILLION | NO |
| 133. MALONE, DOROTHY M. ***** | 1152 | 68 | 4 | 5.16 | 10000 | 3 | RU | 614072 | NO |
| 134. MAXWELL, KAROLINE | 3497 | 114 | 16 | 4.96 | ****** | ****** | ****** | ****** | ****** |
| | 4679 | 114 | 16 | 3.04 | 12442 | 0 | RU | 458424 | YES |
| 135. MCCRANEY, TRACY | 750 | 109 | 8 | 7.16 | ****** | ****** | ****** | ****** | ***** |
| 136. MCDANIEL, CHANTAL C | 251 | 133 | 10 | 4.32 | 8125 | 0 | LTS | 1087074 | NO |
| 137. MCELROY, TAMMY J. ***** | 317 | 48 | 4 | 3.16 | 7020 | 0 | RU | 557854 | NO |
| 138. MCFARLAND, DONALD | 2525 | 73 | 6 | 5.56 | 11445 | 1 | MU | 1026683 | No |
| | 1818 | 211 | 6 | 4.25 | 7288 | 2 | MU | 1145828 | Yes |

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 139. MCGINNIS, JOHN F | 1539 | 255 | 16 | 4.10 | 7500 | 0 | ST | 614,170 | NO |
|  | 3986 | 255 | 16 | 5.21 | 8000 | 0 | RU | 1 MILLION | NO |
| 140. MCGOWAN, MARTHA | 3539 | 249 | 7 | 4 | 7500 | 2 | LTS | 1029163 | NO |
| 141. MCKENSIE, YOLANDA | 1202 | 48 | 4 | 3.01 | 7000 | 1 | LTS | 546984 | NO |
| 142. MILLER CARRIEL L **** | 416 | 51 | 4 | 3.26 | 6500 | 1 | RU | 502161 | NO |
| 143. MILLER, JOHN | 1610 | 17 | 2 | 6.95 | 8500 | 1 | LTS | 977664 | NO |
| 144. MIZE, RICHARD P | 1848 | 40 | 3 | 5.95 | 9600 | 0 | LST | 933737 | NO |
| 145. MOODY, DORIS A. **** | 890 | 144 | 19 | 7.69 | 9084 | 4 | LTS | 1722168 | NO |
|  | 2620 | 228 | 2 | 5.38 | 8008 | 2 | LTS | 1176674 | NO |
| 146. MORGAN, JANICE R. | 3574 | 54 | 4 | 3.63 | 7000 | 0 | ST | 821948 | NO |
|  | 4042 | 54 | 4 | 4.11 | 7500 | 0 | RU | 569751 | NO |
| 147. MORRIS, CHARLES N | 1276 | 241 | 7 | 3.72 | 10800 | 0 | RU | 792669 | NO |
|  | 4682 | 89 | 7 | 3.52 | 8000 | 0 | RU | 518365 | NO |
| 148. MYERS, ANGELA MAY | 4454 | 157 | 12 | 5.94 | 7000 | 0 | RU | 1064952 | NO |
|  | 2574 | 157 | 12 | 4.07 | ***** | ***** | ****** | ***** | ***** |
|  | 2622 | 157 | 12 | 4.90 | 9120 | 0 | RU | 781321 | NO |
|  | 1494 | 13 | 1 | 5.15 | 7980 | 3 | RU | 1339489 | NO |
|  | 5402 | 13 | 1 | 13.00 | 6467 | 2 | MU | N/A | NO |
|  | 4664 | 13 | 1 | 7.14 | 12000 | 4 | MU | 1529642 | YES |
|  | 5843 | **** | *** | 14.50 | ***** | **** | **** | ***** | ***** |
| 149. MUSE, KENNETH | 1636 | 13 | 1 | 6.0 | 7000 | 2 | ST | 1124649 | NO |
|  | 2515 | 277 | 6 | 6.03 | 9980 | 3 | LTS | 19520089 | NO |
|  | 4781 | 8 | 1 | 8.0 | 8400 | 0 | ST | 613483 | NO |
| 150. MYERS, DAVID | 4671 | 277 | 6 | 4.91 | 8000 | 2 | RU | 654310 | YES |
|  | 3513 | **** | *** | 3.0 | ***** | ***** | ****** | ****** | ****** |
| 151. NASH, ETHEL L. ***** | 3751 | **** | **** | 3.58 | ***** | ***** | ****** | ****** | ****** |
| 152. NELSON, CARLA | 4088 | 81 | 18 | 6.05 | 8173 | 1 | UR | 975429 | NO |
|  | 2661 | 81 | 18 | 4.47 | 6760 | 1 | UR | 1123646 | NO |
| 153. NEVINS, LOIS | 3912 | 264 | 11 | 4.75 | 7700 | 0 | LTS | 1184064 | No |
|  | 4417 | 223 | 11 | 5.74 | 10000 | 1 | LTS | 768133 | No |
|  | 2219 | 223 | 11 | 11.09 | 9680 | 2 | LTS | 1786069 | No |

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 154. NEWBERNE, WILLIE | 2782 | 148 | 11 | 6.25 | 6500 | 3 | ST | 945895 | NO |
|  | 3459 | 148 | 11 | 6.33 | 6200 | 0 | LTS | 601845 | NO |
|  | 3210 | 148 | 11 | 5.00 | 7341 | 1 | LTS | 823477 | NO |
|  | 4080 | 148 | 11 | 6.17 | 8192 | 3 | LTS | 760958 | NO |
| 155. NOTTER, DIANE | 3250 | 168 | 17 | 4.53 | 6815 | 0 | LTS | 714054 | NO |
| 156. OBASUYI, WINSTON | 2029 | 170 | 13 | 5.45 | 7003 | 3 | MU | 1017579 | NO |
|  | 1562 | 170 | 13 | 13.53 | 11250 | 4 | MU | 2438261 | NO |
| 157. ODUFUWA, HENRY | 3735 | 256 | 7 | 4.0 | 6800 | 1 | MU | 1176089 | NO |
|  | 3886 | 87 | 7 | 8.14 | ***** | ***** | ***** | ***** | ****** |
| 158. O'NEAL, PAUL | 4049 | 240 | 17 | 7.51 | 9200 | 1 | UR | 1303536 | NO |
|  | 4085 | 217 | 17 | 6.94 | 8000 | 0 | RU | 645365 | NO |
|  | 3695 | 217 | 17 | 4.22 | 9175 | 0 | RU | 926031 | NO |
| 159. ORONA, IRENIO | 2546 | 233 | 6 | 7.37 | 10500 | 1 | LTS | 1785645 | NO |
| 160. OWENS, DIANNE BROWN | 725 | 51 | 4 |  | 7522 | 0 | ST | 606887 | NO |
|  | 1794 | 254 | 16 | 5.0 | 7200 | 0 | LTS | 915704 | NO |
| 161. PALLADINO, PAUL F | 2704 | 234 | 9 | 5.0 | 9870 | 1 | UR | 13055669 | NO |
|  | 2185 | 234 | 9 | 10.04 | 11964 | 3 | LTS | 1856397 | NO |
| 162. PALMER, ROLLAND E. | 4088 | 81 | 18 | 3.17 | 8173 | 1 | UR | 975429 | NO |
|  | 2626 | 81 | 18 | 4.62 | 7245 | 1 | UR | 1181072 | NO |
|  | 2745 | 81 | 18 | 5.15 | 6781 | 1 | UR | 1317702 | NO |
| 163. PAPP, MICHAEL | 2356 | 23 | 2 | 6.2 | 10800 | 2 | LTS | 1414936 | NO |
| 164. PARKER, BARBARA | 2031 | 44 | 4 | 4.25 | 7000 | 3 | UR | 1311565 | NO |
| 165. PAUL, STEVEN R | 1875 | 138 | 11 | 7.86 | 8386 | 3 | MU | 2361863 | NO |
| 166. PELLEGRIN, GREGG | 1858 | 230 | 1 | 6.22 | 10000 | 2 | LTS | 1038171 | NO |
| 167. PENDELTON, GARY **** | 1606 | 256 | 7 | 8.45 | 9750 | 2 | MU | 148382 | NO |
|  | 3805 | **** | **** | 6.50 | ***** | **** | ***** | ***** | ***** |
|  | 1476 | **** | **** | 7.98 | ***** | **** | ***** | ***** | ****** |
| 168. PERRY-PREDDIE, VERONICA | 1061 | 13 | 1 | 8.03 | ***** | **** | **** | ***** | ****** |
|  | 5402 | 13 | 1 | 10.25 | 6467 | 2 | MU | N/A | NO |
|  | 5417 | **** | *** | 13.33 | ***** | ****** | ***** | ***** | ****** |
| 169. PETTAWAY, GAIL M | 2183 | 160 | 12 | 6.31 | 7000 | 2 | MU | 1543000 | No |
| 170. PLAIR, AQUEDA | 1198 | 42 | 3 | 4.04 | ***** | **** | **** | ***** | **** |

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 171. PIPPIN, SHEILA F | 3525 | 98 | 8 | 3.27 | 7356 | 1 | ST | 558106 | NO |
|  | 2590 | 98 | 8 | 3.13 | 7100 | 1 | RU | 530786 | NO |
| 172. POTTER, CID R | 2319 | 189 | 14 | 4.83 | 7000 | 0 | RU | 1179957 | NO |
| 173. POWELL, JAMES G | 3692 | 84 | 18 | 7.25 | 8000 | 2 | UR | 1229750 | Yes |
|  | 4324 | 281 | 18 | 4.55 | 6900 | 2 | MU | 924072 | No |
|  | 3861 | 84 | 18 | 4.66 | 9182 | 1 | MU | 855875 | No |
| 174. RADOSH, LANA A | 2253 | 170 | 13 | 3.44 | 10000 | 0 | RU | 694569 | NO |
| 175. RAINE, ROBIN | 4446 | 168 | 17 | 5.35 | 8000 | 0 | RU | 565460 | NO |
|  | 5205 | 168 | 17 | 6.36 | 8060 | 0 | LTS | 136742 | NO |
| 176. RALPH, JEFFERY D. | 4426 | 114 | 16 | 7.71 | 13710 | 3 | MU | 1002375 | YES |
|  | 1577 | 114 | 16 | 5.93 | ****** | ****** | ****** | ****** | ****** |
|  | 4221 | 114 | 16 | 4.11 | 7076 | 1 | LTS | 946131 | NO |
| 177. RAMON-CORRERA, EFLRAIN | 3017 | 276 | 18 | 11.28 | 8000 | 1 | MU | 2490425 | YES |
| 178. REED, TRENT | 3630 | 198 | 16 | 4.28 | 11400 | 2 | MU | 1181632 | YES |
| 179. REEVERS, LARRY E. **** | 865 | 53 | 4 | 6.22 | 9000 | 3 | MU | 1466797 | NO |
|  | 4150 | 53 | 4 | 4.11 | 10210 | 0 | MU | 348731 | NO |
| 180. REYES, CARLOS H. | 2781 | 76 | 6 | 11.43 | 8350 | 2 | MU | 2487925 | NO |
| 181. RHEIN, ERIC | 2755 | 153 | 12 | 7.81 | 9600 | 2 | UR | 1618000 | No |
| 182. RICHARDSON, BARBARA J. ***** | 1064 | 56 | 4 | 4.37 | 7000 | 2 | RU | 749763 | NO |
| 183. ROBBINS, MARCUS | 231 | 213 | 15 | 6.64 | 8000 | 3 | MU | 1255324 | NO |
| 184. ROBINSON, DAVID E | 873 | 107 | 8 | 6.6 | 10800 | 2 | UR | 958826 | NO |
| 185. ROBINSON, DESIREE' Y | 3347 | 170 | 13 | 2.92 | 7110 | 0 | ST | 397272 | NO |
| 186. RODGERS, MICHELLE | 3193 | 102 | 8 | 4.12 | 8000 | 0 | RU | 1154225 | NO |
| 187. RODRIQUEZ, FRED | 3478 | 218 | 6 | 5.88 | 7000 | 1 | UR | 807675 | NO |
| 188. RODRIQUEZ, MARY LOU | 3423 | 76 | 6 | 5.46 | 8050 | 2 | MU | 1068760 | NO |
| 189. ROGERS ELIZABETH H. ***** | 4927 | 281 | 18 | 5.50 | 12550 | 0 | MU | 774056 | NO |
|  | 4617 | 281 | 18 | 4.50 | 10260 | 0 | MU | 677105 | NO |
|  | 5024 | 281 | 18 | 4.40 | 8772 | 1 | MU | 314993 | NO |
| 190. ROSE, VADA | 3535 | 170 | 13 | 3.35 | 9432 | 0 | RU | 394047 | NO |
| 191. ROSENBECK, ROBERT | 3492 | 113 | 9 | 4.63 | 7575 | 2 | LTS | 913817 | YES |

| | FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 192. | ROSS, ROBERT L | 3031 | 219 | 13 | 4.6 | 7006 | 0 | RU | 436079 | NO |
| | | 2825 | 235 | 12 | ***** | 8187 | 2 | LTS | 994610 | No |
| | | 3908 | 235 | 12 | 4.63 | 8500 | 1 | RU | 959952 | No |
| | | 1265 | 235 | 12 | 7.58 | 15000 | 3 | LTS | 1.8 million | No |
| 193. | SACKMAN, BRENDA S | 3686 | 235 | 12 | 3.93 | 7280 | 0 | LTS | 1029981 | No |
| | | 4134 | 225 | 18 | 4.29 | 9600 | 2 | MU | 1218010 | NO |
| 194. | SALAZAR, BEATRICE | 880 | 225 | 18 | 5.03 | ***** | **** | ***** | ***** | ****** |
| | | | | | | | | LTS | | |
| 195. | SANDERS, JAMES | 3132 | 266 | 13 | 3.63 | 6955 | 0 | LTS | 991449 | NO |
| 196. | SCHMELZLE, ANNE | 1248 | 121 | 16 | 5.99 | 8000 | 0 | ST | 746730 | NO |
| | | 1207 | 52 | 2 | 5.57 | 6000 | 2 | LTS | 1131102 | NO |
| | | 4243 | 52 | 2 | 4.91 | 9504 | 1 | LTS | 598884 | NO |
| | | 4505 | 52 | 2 | 5.19 | 8450 | 2 | LTS | 965726 | NO |
| 197. | SCHOFIELD, THOMAS | 431 | 52 | 2 | 6.99 | 12300 | 1 | LTS | 1471998 | NO |
| 198. | SCRIVNER, VICKI | 2900 | 91 | 7 | 3.74 | 6240 | 0 | MU | 647992 | NO |
| | | 2721 | 48 | 4 | 2.90 | 10000 | 0 | ST | 1043772 | NO |
| | | 298 | 48 | 4 | 4.18 | 8875 | 0 | ST | 791040 | NO |
| 199. | SHRADER, ANSEL B. ***** | 3203 | ***** | **** | 3.78 | ****** | **** | ***** | ***** | ****** |
| 200. | SISLER, RODNEY | 2426 | 37 | 3 | 5.5 | 6960 | ***** | ***** | **** | **** |
| 201. | SMALLWOOD, BETSY | 318 | 43 | 15 | 3.04 | ***** | 2 | ST | 722129 | NO |
| 202. | SNOWBERGER, RANDY J | 30 | 36 | 3 | 6.54 | ***** | ***** | ***** | ****** | ****** |
| 203. | SMITH, CHERYL | 4601 | 215 | 7 | 6.18 | 8539 | 1 | LTS | 1072499 | NO |
| | | 1042 | 110 | 8 | 8.91 | 9920 | 0 | LTS | 771633 | NO |
| 204. | SMITH, DONNIE | 1792 | 110 | 8 | 7.70 | ***** | ***** | **** | ***** | ****** |
| 205. | SMITH, DORTHY FERRIS | 3751 | **** | ***** | 4.19 | ******* | ***** | **** | ***** | **** |
| 206. | SMITH, LEONA | 2522 | 74 | 6 | 4.63 | 11200 | 0 | ST | 779056 | YES |
| | | 2684 | 115 | 9 | 8.64 | 6048 | 1 | LTS | 1983680 | NO |
| | | 2392 | ***** | **** | 9.00 | ***** | ***** | ***** | ***** | ****** |
| 207. | SMITH, LEROY | 3233 | 122 | 9 | 13.91 | 9750 | 1 | MU | 2262098 | YES |
| 208. | SMITH, LINDA DIANE | 3024 | 252 | 4 | 3.72 | 7000 | 0 | RU | 656973 | NO |

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 209. SMITH, VIVIAN | 538 | 180 | 14 | 3.27 | 4560 | 1 | RU | 713986 | NO |
|  | 3037 | 135 | 10 | 4.05 | 8000 | 0 | ST | 904524 | NO |
|  | 2834 | 284 | 2 | 4.57 | 10884 | 0 | RU | 836605 | NO |
|  | 3884 | 17 | 2 | 8.48 | 11000 | 3 | MU | 1997649 | NO |
|  | 4086 | 17 | 2 | 6.21 | 11700 | 1 | UR | 1162172 | NO |
|  | 4720 | 284 | 2 | 3.46 | 7577 | 0 | ST | 625287 | NO |
|  | 1660 | 284 | 2 | 6.28 | 6000 | 2 | MU | 1422428 | NO |
|  | 979 | 228 | 2 | 5.68 | 9686 | 3 | MU | 1166174 | YES |
| 210. SPELLISSY, MARIE | 4223 | 17 | 2 | 6.50 | 12370 | 0 | MU | 1108946 | NO |
| 211. SPENCER, SOPHIA J. | 1261 | 252 | 4 | 4.04 | 12000 | 1 | RU | 530799 | NO |
| 212. SPRUCE, DAVID | 2370 | 152 | 16 | 7.81 | 10978 | 1 | MU | 1475916 | NO |
|  | 2184 | 152 | 16 | | 8160 | 3 | MU | 1589088 | NO |
| 213. STANAWAY, HEATHER | 2595 | 265 | 12 | 3.52 | 9927 | 0 | RU | 545197 | NO |
|  | 3597 | 265 | 12 | 4.30 | 7000 | 0 | RU | 791920 | NO |
|  | 1633 | 44 | 4 | 8.50 | 8500 | 3 | UR | 1382416 | NO |
|  | 960 | 44 | 4 | 5.60 | 7130 | 2 | UR | 859211 | NO |
|  | 4836 | 44 | 4 | 5.06 | 9266 | 3 | UR | 716840 | YES |
|  | 2031 | 44 | 4 | 5.70 | 7000 | 3 | UR | 1311565 | NO |
| 214. STEWART, SAUNDRA | 2026 | 113 | 9 | 3.11 | 5913 | 0 | RU | 873837 | NO |
| 215. ST HILAIRE, THERESA M LORRAINE | 3534 | 113 | 9 | 4.55 | 6860 | 0 | ST | 932592 | YES |
| 216. STOCKDALE, VALERIE ***** | 760 | 48 | 4 | 4.25 | 6490 | 1 | ST | 682408 | NO |
| 217. STEAM-HUYCK, SHELLY | 3761 | 192 | 12 | 4.73 | 9572 | 0 | ST | 928382 | NO |
|  | 4081 | 225 | 18 | 5.50 | 8000 | 0 | RU | 1228986 | NO |
|  | 4189 | 225 | 18 | 5.0 | 8000 | 0 | LTS | 1124968 | NO |
|  | 4980 | 225 | 18 | 5.80 | 8952 | 1 | MU | 369470 | NO |
|  | 880 | 225 | 18 | 4.58 | ****** | ***** | ***** | ***** | ***** |
| 218. TOOPS, SCOTT A. | 4979 | 225 | 18 | 4.38 | 8646 | 0 | ST | 1021398 | NO |
| 219. STRICKLAND, MARY C. ****** | 1172 | 68 | 4 | 2.97 | 6600 | 1 | RU | 347121 | NO |
| 220. STROUD-LIPSEY, RITA | 796 | 110 | 8 | 5.52 | 14625 | 1 | LTS | 1312403 | NO |

| FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|
| 221. SUMMERLIN, JANET | 1038 | 237 | 15 | 4.46 | 6000 | 3 | RU | 985281 | NO |
| | 425 | 237 | 15 | 7.40 | 10266 | 1 | ST | 1374647 | NO |
| | 507 | 237 | 15 | 6.20 | 9000 | 3 | RU | 1432945 | NO |
| 222. SYVESTER, BARBARA | 3582 | 265 | 12 | 3.22 | 7400 | 0 | ST | 744237 | NO |
| | 3095 | 265 | 12 | 2.82 | 9000 | 0 | RU | 896356 | NO |
| 223. TANNER, GERALDINE | 1889 | 52 | 2 | 5.54 | 8450 | 1 | LTS | 878248 | NO |
| 224. TETLEY, REGINA L | 3834 | 75 | 6 | 6.13 | 9120 | 2 | MU | 1530425 | NO |
| 225. TRUE, RICHARD M | 2119 | 231 | 5 | 5.51 | 13091 | 3 | MU | 646037 | YES |
| 226. TULLOCK, NANCY THOMPSON KIDD | ***** | **** | *** | | ***** | *** | *** | **** | **** |
| 227. TURNER, ANGELA | 2393 | 252 | 4 | 3.47 | 7000 | 1 | RU | 550700 | NO |
| 228. TURNER, JAMES | 3672 | 857 | 7 | 4.36 | 9700 | 2 | ST | 535082 | NO |
| 229. VASQUEZ, DEBBIE L | 4617 | 281 | 18 | 4.50 | 10260 | 0 | MU | 677105 | NO |
| | 4927 | 281 | 18 | 5.98 | 12550 | 0 | MU | 774056 | NO |
| 230. VELDZQUEZ, ZENAIDA | 3210 | 148 | 11 | 4.13 | 7341 | 1 | LTS | 823477 | NO |
| 231. VEST, TERRY | 1040 | 154 | 16 | 7.53 | 12000 | 1 | MU | 12236589 | NO |
| | 3124 | 255 | 16 | 4.48 | 10500 | 0 | RU | 939205 | NO |
| 232. VIDALES, JUAN | 2744 | 73 | 6 | 5.44 | 9000 | 2 | MU | 898866 | YES |
| 233. WALKER, PAMELA E. | 463 | 51 | 4 | 4.33 | 7392 | 1 | RU | 459572 | NO |
| 234. WALKER, PRISCILLA | 2488 | 10 | 4 | 3.36 | 7000 | 3 | LTS | 746755 | YES |
| 235. WARREN CHARLES M. ***** | 3709 | 53 | 4 | 7.47 | 8851 | 4 | MU | 912646 | NO |
| 236. WASHINGTON, ROOSEVELT | 1029 | 283 | 4 | 6.70 | 10360 | 4 | UR | 1613262 | NO |
| | 559 | 67 | 4 | 8.33 | 7500 | 3 | UR | 1772476 | NO |
| 237. WATKINS, ROXANNE | 4404 | 258 | 15 | 4.13 | 10000 | 0 | RU | 667687 | NO |
| | 3290 | 47 | 15 | 5.16 | 8980 | 1 | LTS | 1345176 | NO |
| 238. WATSON, DUANE S | 3670 | 47 | 15 | 7.57 | 10080 | 1 | LTS | 1658250 | YES |
| 239. WEST, JOHN W SR | 1295 | 249 | 7 | 4.87 | 8995 | 2 | LTS | 1196116 | NO |
| | 998 | 249 | 7 | 5.78 | 8364 | 2 | LTS | 1310103 | NO |
| 240. WHALEY, CINDY | 589 | 126 | 10 | 3.62 | 6000 | 1 | RU | 690194 | NO |
| 241. WILDBERGER, RICHARD T. | 1060 | 103 | 17 | 8.65 | ***** | **** | **** | **** | ***** |
| | 2836 | 103 | 17 | 5.18 | 8050 | 0 | MU | 964424 | NO |
| 242. WILKINS, MELVIN | 2585 | 167 | 13 | 10.37 | 8150 | 2 | LTS | 1538122 | YES |

| | FULL NAME | Store # | District | Region | # OF EMPLOYEES ON PAYROLL EACH WEEK | STORE SQUARE FOOT. | RISK CLASS | LOCATION | 2002 STORE SALES | TARGET 5 STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 243. | WILLIAMS, BONNIE | 2192 | 63 | 5 | 3.56 | ******* | ****** | ***** | ***** | **** |
| 244. | WILLIAMS, JACKIE | 3797 | 256 | 7 | 6.39 | 8500 | 2 | MU | 1195657 | NO |
| | | 3653 | 87 | 7 | | 7800 | 1 | MU | 1416415 | NO |
| 245. | WILLIAMS, MICHAEL | 1411 | 87 | 7 | 12.38 | 12000 | 4 | MU | 2535088 | NO |
| | | 3797 | 256 | 7 | 5.83 | 8500 | 2 | MU | 1195637 | NO |
| | | 2340 | 87 | 7 | 8.0 | 7783 | 3 | MU | 1649563 | NO |
| 246. | WILSON, GLORIA | 3361 | **** | *** | 7.0 | ***** | **** | **** | ***** | ***** |
| | | 414 | **** | *** | 5.42 | ***** | **** | **** | ***** | ***** |
| | | 2082 | 53 | 4 | 7.58 | 6720 | 3 | MU | 1058611 | YES |
| | | 4362 | 53 | 4 | 7.67 | 8500 | 4 | MU | 918613 | NO |
| | | 3709 | 53 | 4 | 5.05 | 8851 | 4 | MU | 912646 | NO |
| 247. | WILSON, TROUT LAURIE | 1607 | 287 | 12 | 6.88 | 7200 | 2 | UR | 1601643 | NO |
| | | 4809 | 272 | 12 | 6.81 | 8200 | 2 | UR | 1045224 | YES |
| 248. | WOODS, ALONZO | 942 | 57 | 5 | 8.1 | 9200 | 4 | MU | 1484865 | NO |
| 249. | WOODS, BRENDA C. | 3425 | 210 | 4 | 4.63 | 7020 | 0 | RU | 685875 | NO |
| 250. | WORTHINGTON, JERRY | 1910 | 161 | 12 | 4 | 7000 | 0 | LTS | 1046101 | NO |
| 251. | WRIGHT, JAMES L | 2723 | **** | **** | 7.75 | ***** | **** | **** | ***** | ****** |
| | | 2702 | 71 | 5 | 12.58 | ***** | **** | ***** | ***** | ****** |
| | | 758 | 71 | 5 | 15.20 | 10408 | 4 | MU | 2174884 | YES |
| 252. | ZAMARRIPA, EVANGELINA | 2489 | 211 | 6 | 3.85 | 7000 | 3 | MU | 695799 | NO |
| 253. | ZIMMERMAN, SONJA | 1771 | 103 | 17 | 4.22 | 7000 | 0 | MU | 978822 | NO |