FILED

2005 May-13  PM 05:24
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JANICE MORGAN, BARBARA | ) | |
| RICHARDSON, CORA CANNON, | ) | |
| LAURIE R. TROUT (WILSON) | ) | |
| on behalf of themselves | ) | |
| and all others  similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER: |
| | ) | CV-01-C-0303-W |
| | ) | |
| FAMILY DOLLAR STORES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' EXHIBIT LIST FOR TRIAL ON JUNE 13, 2005

Pursuant to the Court's Pre-Trial Order, Plaintiffs will offer some or all of the following

exhibits at trial:

1.      Parts of the following personnel files produced by the defendant

| NAME | Begdoc# | Enddoc# |
|---|---|---|
| Carolyn Anderson | PFO27551 | PFO27558 |
| Porferio Berrios | PFO28280 | PFO28328 |
| Katherine Bracey | PFO28738 | PFO28763 |
| Thomas Brown | PFO9970 | PFO10008 |
| Angela Dickerson | PFO32352 | PFO32368 |
| Ada Kennedy | PFO37433 | PFO37544 |
| Fleta Casey | PFO3573 | PFO3605 |
| Sherry Gowan | PFO4900 | PFO4912 |
| Shelia Pippin | PFO16403 | PFO16437 |
| David Robinson | PFO8008 | PFO8027 |

1

| | | |
|---|---|---|
| Calvin Hodge | PFO21465 | PFO21504 |
| Michael Jones | PFO37202 | PFO37209 |
| Linda Burke | PFO10148 | PFO10222 |
| Richard Day | PFO32130 | PFO32138 |
| Carol Dinolfo | PFO32400 | PFO32461 |
| John Miller | PFO39893 | PFO39910 |
| Shirley Baker | PFO27796 | PFO27902 |
| Mareo Dones | PFO32564 | PFO32592 |
| Duane Watson | PFO47514 | PFO47576 |
| Doris Moody | | |
| Mark Lumley | PFO38859 | PFO38877 |
| Michael Papp | PFO41392 | PFO41422 |
| Julie Blakeney | PFO207 | PFO266 |
| Denise Dunning | PFO4319 | PFO4342 |
| Roy Kesterson | PFO37623 | PFO37640 |
| Richard Mize | PFO22455 | PFO22490 |
| Randy Snowberger | | |
| Michael Williams | PFO48121 | PFO48125 |
| Joe Arrelin | | |
| Charles Bennett | PFO10625 | PFO10648 |
| James LaBonte | PFO14287 | PFO14328 |
| James Powell | PFO42156 | PFO42160 |
| Delores Barber | | |
| Misty Bice | D-02118 | D-02135 |
| Gretchen Ryle-Jones | D-04054 | D-04076 |
| Tammy McElroy | D-03567 | D-03605 |
| Larry Reevers | D-03864 | D-03884 |
| Valerie Stockdale | D-04238 | D-04275 |
| Mary Strickland | | |
| Charles Warren | D-04493 | D-04509 |
| Bill Detter | PFO11632 | PFO11708 |
| Ruby Brady | PFO28764 | PFO28793 |
| Lloyd Davis | PFO 4112 | PFO4141 |
| Harvey Attaway | PFO120 | PFO175 |
| Petra Avita | PFO19160 | PFO19182 |
| Sharon Butler | PFO29477 | PFO29510 |
| Joe Cheadle | PFO20058 | PFO20079 |
| Wilma Cutchall | PFO31716 | PFO31741 |
| Linda Edlund | PFO4363 | PFO4397 |
| Jodi Ethridge | PFO4479 | PFO4392 |
| Michael Johnson | PFO36971 | PFO36989 |
| Charles Morris | PFO40235 | PFO40273 |
| Gary Pendleton | PFO41729 | PFO41744 |
| Janice Morgan | | |

| | | |
|---|---|---|
| Barbara Richardson | | |
| Richie Cousin | | |
| Lavasier Feggins | | |
| Carriel Miller | D-03631 | D-03661 |
| Ethel Nash | | |
| Brent Shrader | D-04143 | D-04172 |
| Richard True | PFO46796 | PFO46857 |
| James Wright | PFO9373 | PFO9404 |
| Chantal McDaniel | PFO22283 | PFO22286 |
| Yolanda McKenzie | D-03606 | D-03630 |
| Deborah Vasques | PFO18077 | PFO18096 |
| John West | PFO47653 | PFO47769 |
| David Hood | PFO35863 | PFO35890 |
| Bernice Adams | PFO27057 | PFO27141 |
| Judy Bloss | PFO3157 | PFO 3176 |
| Elden Heim | PFO | |
| Marie Kauffman | PFO21870 | PFO21914 |
| Desiree Robinson | PFO23159 | PFO23173 |
| Vada Rose | PFO43425 | PFO43441 |
| Robert Ross | | |
| Dorothy Malone | D-03480 | D-03493 |
| Suzette Barbe | PFO10996 | PFO11026 |
| Geraldine Cannon | PFO712 | PFO720 |
| Michelle Hansen | PFO5016 | PFO5022 |
| Mary Kimsey | PFO37717 | PFO37739 |
| Terry Land | PFO38058 | PFO38080 |
| Gail Pettaway | PFO7406 | PFO7445 |
| Eric Rhein | PFO7934 | PFO7949 |
| Brenda Sackman | | |
| David Majeski | PFO15044 | PFO15062 |
| John McGinnis | PFO30551 | PFO39605 |
| Robert Fiore | PFO33319 | PFO33330 |
| R.C. Fowlkes | PFO33568 | PFO33594 |
| Mary Guglielmo | PFO34516 | PFO34529 |
| Steven Paul | PFO1841 | PFO1864 |
| Ramon Allende | PFO27421 | PFO27467 |
| Janet Browne | PFO3229 | PFO3249 |
| Janet Dalton-Goss | PFO11777 | PFO11814 |
| Alice Duessler | PFO20428 | PFO20436 |
| Betty Elleßon | PFO910 | PFO919 |
| Jim Jertson | PFO36611 | PFO36656 |
| Lana Radosh | PFO1937 | PFO1962 |
| Elizabeth Rogers | | |
| Julie Bly | PFO19261 | PFO19367 |

Paul O'Neal

| | | |
|---|---|---|
| Gary Beam | PFO11052 | PFO11088 |
| Enrique Cruz | PFO20190 | PFO20203 |
| Sue Freeman | PFO4643 | PFO4662 |
| David Myers | PFO14967 | PFO15012 |
| Paul Paladino | PFO41330 | PFO41348 |
| Karol Harrison | PFO35099 | PFO35151 |
| Sam Kennerson | PFO37401 | PFO37432 |
| Cid Potter | | |
| Theresa St. Hilliare | PFO24139 | PFO24144 |
| Regina Tetley | PFO2352 | PFO2275 |
| Earl Fowler | PFO12477 | PFO12580 |
| James Francis | PFO33651 | PFO33670 |
| Luther Mangum | PFO39062 | PFO39069 |
| Greg Pelligrin | PFO7344 | PFO7364 |
| Robin Raine | PFO7693 | PFO7718 |
| Robert Rosenbeck | PFO43594 | PFO43608 |
| Thomas Schofield | PFO44093 | PFO44114 |
| Janet Summerlin | PFO45797 | PFO45847 |
| Alonzo Woods | PFO48492 | PFO48510 |

2.      Store Policy Manual, January, 1997

3.      Store Policy Manual, April, 2002

4.      Store Policy Manual, August, 2003

5.      Family Dollar Store Employee Benefit Summary

6.      Selection for Success module, January 2001

7.      Selection for Success "Performance Improvement Plan, July 2001

8.      Performance Improvement Action Plan Application

9.      Stands along with Professional Development Participant Workbook

10.     Store Manager Job Description & Requirements

11.     Store Manager Performance Review form

4

12.     Assistant Manager Performance Review form

13.     District Manager Job Descriptions and Requirements

14.     Weekly Work Schedules, bates stamped 27432 - 27789

15.     District Manager Training Guide and Reference Manual

16.     District Manager Training, January 2003, Unit 1 - Store Operations, Unit 2 - Leadership Development, Unit 3 - Computer Skills

17.     Five First Participant Workbook

18.     Anytime 5 Every Store Visit Report

19.     Regional Store Ordering Program

20.     Memo to all VPs, RVPs and District Managers from Bruce Barkus dated August 26, 2004 regarding store managers

21.     Various E-mails, bates stamped D26531-32, 26535-36, 26544, 26545-46, 26544-56, 26560-51, 26577-78, 26588-90, 26591, 26593, 26595, 26623, 26625-26, 26631-32, 26633-34, 26636, 26640, 26644, 26649-26651, 26662, 26665-66, 26669, 26674-75, 26676-77, 26682, 26688, 26702-03, 26704-05, 26707-08, 26711, 26762-73, 26766-67, 26774-75, 26781-82, 2680102, 26811-12, 26840-41, 26848-49, 26872-73, 26874-75, 26892-93, 26905-07, 26909-10, 26924-25, 26935-36, 26944-45 and 27018-27021

22.     All payroll information produced by the defendant during the course of discovery, including but not limited to payroll data CDs

23.     Any and all personnel information produced by the defendant during the course of discovery

24.     Staff schedulers produced by the defendant

25.     Strands produced by the defendant

5

26.    Listing of stores by store number, city, state, district and region produced by the defendant

27.    Color Map showing store locations and the geographical regional structure of Family Dollar

28.    Listing of all plaintiffs currently in the lawsuit as of June 13, 2005 depicting their name, social security number, store numbers, dates of employment, salary, hours reported as worked each week while holding the position of Store Manager.

29.    List of all Store Managers employed with the defendant

30.    Family Dollar Annual Reports for the years 2001

31.    Family Dollar Annual Reports for the years 2002

32.    Family Dollar Annual Reports for the years 2003

33.    Family Dollar Annual Reports for the years 2004

34.    News Release --- "Family Dollar Reports Sales For March 2005" obtained through the defendant's web site Family Dollar.com

35.    News Release entitled "Family Dollar Reports Sales for January 2005 obtained through the defendant's web site Family Dollar.com

36.    Job descriptions for the position of Store Manager, Assistant Manager and District Manager produced by the defendant during the course of discovery

37.    FLSA Audit Inquiry - Indiana

38.    Family Dollar Store listings by Region and District dated February 25, 2003

39.    Family Dollar Store listings by Region and District dated April, 2004

40.    Outline of job duties to be performed by the Store Manager and Assistant Manager produced by the defendant

6

41.    Depositions and exhibits attached thereto of Bruce Barkus, Bill Broome, Howard Levine, John Clifford, Dennis Merriam, Sherry Weldon

42.    Back-pay calculations for all opt-in plaintiffs

43.    Back-pay calculations for all Store Managers who failed to supervise 2 or mor full time or equivalent employees for 80 hours per week at least 80% of the time they held the position of Store Manager

44.    Charts summarizing deposition testimony of plaintiffs in regards to hiring, firing, promoting, setting starting pay, giving pay raises and discipline as submitted in opposition to summary judgment

45.    Expert Report and supporting documentation of Mr. Bill Belt

46.    Expert Report and supporting documentation of Dr. Edwin Bradley

47.    E-Mail dated December 17, 2002 from Frank Vogt, Subject Second Asst. or Third Key

48.    E-Mail from James Wilson dated June 15, 2004, subject "new hires"

49.    E- Mail from James Wilson dated May 3, 2004, subject "window signs"

50.    E- Mail from James Wilson dated June 16, 2004, subject "Russ"

51.    E-Mail from James Wilson dated July 6, 2004 subject "vacation days"

52.    E- Mail from Linda Taylor dated April 22, 2003 subject "payroll and overtime"

53.    E-mail from Joellen McDonald dated August 21, 2000 subject "notes"

54.    E-mail from Joellen McDonald dated November 23, 1999 subject "Xmas Season Hours"

55.    E-mail from Joellen McDonald dated November 25, 1997 subject "notes from the Regional Office"

56.    E-mail from Joellen McDonald dated March 7, 2000 subject "risers"

57.    E-mail from Joellen McDonald dated January 7, 1999 subject "managers schedules"

58.    E-mail from Joellen McDonald dated April 4, 1997 subject "notes"

59.    E-mail from Joellen McDonald dated May 25, 1996 subject "memo"

60.    E-mail from Joellen McDonald dated December 12, 1997 subject "Regional Memo #132"

61.    E-mail from Donna Barrett dated July 19, 1999 subject "payroll cuts"

62.    E-mail from Joellen McDonald dated July 22, 1999 subject "payroll"

63.    E-mail from Joellen McDonald dated July 7, 2000 subject "payroll cuts"

64.    E-mail from Larry Fortier dated October 7, 1999 subject "page 2"

65.    E-mail from Larry Fortier dated October 7, 1999 subject "yours on wrong answer, for the record and advice"

66.    E-mail from Larry Fortier dated November 5, 1999 subject "page two, single person operations . . ."

67.    E-mail from Joellen McDonald dated March 9, 2000 subject "risers"

68.    E-mail from Joellen McDonald dated August 21, 2000 subject "notes"

69.    Store Manager and Assistant Manager Survey, District #40, Store #2031

70.    May 18, 2002 Operational Performance Questionnaire, #02031

71.    E-mail from Henry Knox dated May 18, 2002 subject "manager's schedule week ending 5-25-02"

72.    E-mail from John Gensemer dated May 17, 2002 subject "issues that need your attention"

73.   E-mail from John Gensemer dated May 1, 2002 subject "issues"

74.   E-mail from John Gensemer dated April 12, 2002 subject "refunds"

75.   E-mail from Sheila Sutton dated January 13, 2003 subject "current issues"

76.   E-mail from Paul Hill dated March 25, 2002 subject "memo"

77.   E-mail from Paul Hill dated March 27, 2002 subject "memo"

78.   E-mail from Gladys Gillum dated March 28, 2002

79.   E-mail from Paul Hill dated April 3, 2002 subject "payroll"

80.   E-mail from Paul Hill dated April 3, 2002 subject "March schematics"

81.   E-mail from Angela Hamilton dated April 3, 2002 subject "weekend change fund"

82.   E-mail from Paul Hill dated April 22, 2002 subject "last week's performance"

83.   E-mail from Paul Hill dated April 19, 2002 subject "Anytime 5 Standards"

84.   E-mail from Paul Hill dated April 19, 2002 subject "Anytime 5"

85.   E-mail from Bobby Trammell dated January 2, 2003

86.   E-mail from Bobby Trammell dated February 13, 2003 subject "payroll"

87.   E-mail from Bobby Trammell dated March 16, 2003 subject "payroll"

88.   E-mail from Matthew Speegle dated February 4, 2003 subject "empty back rooms"

89.   E-mail from Matthew Speegle dated January 15, 2003 subject "paid outs"

90.   E-mail from Matthew Speegle dated January 15, 2003 subject "P/E Screening Change"

91.     E-mail from Matthew Speegle dated January 15, 2003 subject "receipts on items"

92.     E-mail from Matthew Speegle dated January 11, 2003 subject "payouts"

93.     E-mail from Matthew Speegle dated January 11, 2003 subject "pest control"

94.     E-mail from Matthew Speegle dated January 10, 2003 subject "timeliness"

95.     E-mail from Matthew Speegle dated January 10, 2003 subject "Dennis"

96.     E-mail from Matthew Speegle dated January 3, 2003 subject "cpc's"

97.     E-mail from Kim Houston dated January 13, 2003 subject "pre-employment screening"

98.     E-mail from Matthew Speegle dated January 6, 2003 subject "David Berks"

99.     E-mail from David Berks dated January 5, 2003

100.    E-mail from David Berks dated January 4, 2003

101.    E-mail from Bruce Barkus dated December 20, 2002 subject "Friday/Saturday/Sunday/Monday Store Hours"

102.    E-mail from Matthew Speegle dated December 18, 2002 subject "sales"

103.    E-mail from Matthew Speegle dated December 15, 2002 subject "Christmas Cleanup"

104.    E-mail from Jaylene Goff dated October 17, 2002 subject "Where We Should Be Now"

105.    E-mail from Jaylene Goff dated September 16, 2002 subject "scorecards"

106.    E-mail from Jaylene Goff dated April 18, 2002 subject "schematics"

107.    E-mail from Bob Ogle dated November 16, 1998 subject "employee evaluations"

108.   E-mail from Bob Ogle dated September 3, 1998 subject "district results"

109.   E-mail from Bob Ogle dated August 19, 1998 subject "Christmas Preparation"

110.   E-mail from Bob Ogle dated January 20, 1998 subject "weekly sales and payroll"

111.   E-mail from Tony Sheppard dated June 28, 1998 subject "paid outs"

112.   E-mail from Jill Benson dated July 24, 1999 subject "payroll"

113.   E-mail from James Wilson dated May 3, 2004 subject "recovery"

114.   E-mail from James Wilson dated March 2, 2004 subject "recovery"

115.   E-mail from Bill Faulkner dated January 12, 2004 subject "PAF's, WOTC and Payouts"

116.   E-mail from Phyllis Hodge dated June 13, 2003 subject "manager work schedules"

117.   E-mail from Phyllis Hodge dated June 13, 2003 subject "Flyzik Conference Call dated 6/6/03"

118.   E-mail from Phyllis Hodge dated June 13, 2003

119.   E-mail from Linda Senter dated April 2, 2003

120.   E-mail from Nancy Tullock dated June 18, 2003

121.   E-mail from Linda Senter dated June 17, 2003 subject "payroll"

122.   E-mail from Nancy Tullock dated June 14, 2003

123.   E-mail from Phyllis Hodge dated June 12, 2003

124.   E-mail from Phyllis Hodge dated June 13, 2003 subject "Nancy Tullock 01073"

125.   E-mail from Nellie Ashburn dated May 5, 2002

11

126.    E-mail from Nellie Ashburn dated May 24, 2002

127.    E-mail from Nellie Ashburn dated April 17, 2002

128.    E-mail from Nellie Ashburn dated May 5, 2002

129.    E-mail from Nellie Ashburn dated May 12, 2002

130.    E-mail from Nellie Ashburn dated May 14, 2002

131.    E-mail from Nellie Ashburn dated May 16, 2002

132.    E-mail from Nellie Ashburn dated May 30, 2002

133.    E-mail from Nellie Ashburn dated May 30, 2002

134.    E-mail from Ron Benavides dated November 7, 2001 subject "freight standard report . . .OUTS"

135.    E-mail from Steve Prunty dated April 22, 1997 subject "Mgrs. Schedules"

136.    E-mail from Ben Spratlin dated February 21, 2003 subject "Assistant Manager/Store Key Carriers"

137.    E-mail from Marques Fletcher dated July 29, 2001 subject "payroll in District 49"

138.    Weekly Work Schedule - 210 hours, #231 College Park, GA

139.    E-mail from Marques Fletcher dated July 29, 2001 subject "payroll in District 49"

140.    E-mail from Jan Miller dated January 25, 2002 subject "hiring of assistant managers"

141.    E-mail from Bob Russell dated January 2, 2002 subject "messages"

142.    E-mail from Tom Weathers dated April 4, 2001

143.    E-mail from Bob Russell dated February 25, 2002 subject "Sales 2002-Schematics"

144.   E-mail from Bob Russell dated January 14, 2002 subject "work schedules"

145.   E-mail from Bob Russell dated January 10, 2002 subject "deposits"

146.   E-mail from Bob Russell dated January 8, 2002 subject "work schedules"

147.   E-mail from Bob Ogle dated December 13, 1999 subject "You Be The Judge"

148.   E-mail from Bob Ogle dated November 7, 1999 subject "Christmas Set-up"

149.   E-mail from Bob Ogle dated November 16, 1999 subject "Christmas"

150.   E-mail from Bob Ogle dated August 26, 1999 subject "closing alone"

151.   E-mail from Bob Ogle dated December 5, 1999 subject "You Be The Judge"

152.   E-mail from Bob Ogle dated October 8, 1999 subject "Christmas Season"

153.   E-mail from Bob Ogle dated December 13, 1999 subject "You Be The Judge"

154.   E-mail from Phil Thompson dated July 19, 1999 subject "payroll cuts"

155.   E-mail from Lasonia King dated October 15, 2001 subject "top stockers w/e 10/13/01"

156.   E-mail from Jennifer Camden dated February 13, 2001 subject "DO-IT-NOW"

157.   E-mail from Tom Balchak dated December 27, 1999 subject "weekly sales and payroll 12/25/99"

158.   E-mail from Tom Balchak dated December 27, 1999 subject "Best of the Best 12/25/99"

159.   "Task Management Crate - Prioritizing Tasks By Day - Budget Meeting - November 1"

160.   E-mail from Frank Vogt dated November 21, 2002 subject "terminations"

161.    E-mail from Tom Spears dated April 10, 1999 subject "door to floor"

162.    E-mail from Jaylene Goff dated April 30, 2002 subject "inventory help"

163.    E-mail from Jaylene Goff dated May 21, 2002

164.    E-mail from Tom Spears dated April 5, 1999 subject "schematics updates"

165.    E-mail from Jaylene Goff dated September 30,2 002 subject "office schematic"

166.    E-mail from Jaylene Goff dated June 1, 2002

167.    E-mail from Jaylene Goff dated March 23, 2002 subject "policies"

168.    E-mail from Tom Spears dated April 2, 1999 subject "manager changes"

169.    E-mail from Tom Spears dated April 5, 1999 subject "major seasons working hours for store managers"

170.    E-mail from Jaylene Goff dated April 11, 2002 subject "phone"

171.    E-mail from Tom Spears dated April 14, 1999 subject "assistant managers"

172.    E-mail from Allen subject "store schedules"

173.    E-mail from Jaylene Goff dated April 13, 2002 subject "store schedules"

174.    E-mail from Jaylene Goff dated May 21, 2002

175.    E-mail from Jaylene Goff dated June 3, 2002 subject "schedules"

176.    E-mail from Jaylene Goff dated June 3, 2002 subject "schedules"

177.    E-mail from Tom Spears dated April 5, 1999 subject "recovery"

178.    E-mail from Jaylene Goff dated August 18, 2002 subject "payroll cuts"

179.    E-mail from Frank Vogt dated November 1, 2002 subject "reminders"

180.   E-mail from Corporate Reports and Messages dated November 1, 2002 subject "daily markdown report"

181.   E-mail from Donna Barrett dated November 1, 2002

182.   E-mail from Donna Barrett dated November 1, 2002

183.   E-mail from Corporate Reports and Messages dated November 2, 2002 subject "daily markdown report"

184.   E-mail from Donald Boyett dated November 2, 2002

185.   E-mail from Frank Vogt dated November 21, 2002 subject "phone numbers"

186.   E-mail from Frank Vogt dated November 21, 2002 subject "terminations"

187.   E-mail from Bad Checks dated November 21, 2002 subject "bad checks"

188.   E-mail from Corporate Reports and Messages dated November 21, 2002 subject "daily markdown report"

189.   E-mail from Frank Vogt dated November 20, 2002 subject "shelves"

190.   E-mail from Frank Vogt dated November 20, 2002 subject "October Check Compliance"

191.   E-mail from Donald Boyett dated November 20, 2002 subject "notes"

192.   E-mail from Donald Boyett dated November 21, 2002 subject "policy change"

193.   E-mail from Monica Tran dated November 21, 2002 subject "Talisa Reed 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"

194.   E-mail from Craig Hershberger dated June 28, 2002 subject "pay rates/turnover"

195.   E-mail from Stephen Lutz dated October 19, 2002 subject "T. Fiebiger 04889"

15

196.   E-mail from T. Fiebiger dated September 2, 2002

197.   E-mail from Monty Turgeson dated July 27, 2002 subject "T Fiebiger 04889"

198.   E-mail from T. Fiebiger dated July 30, 2002

199.   E-mail from Monty Turgeson dated July 30, 2002 subject "T Fiebiger 04889"

200.   E-mail from Stephen Lutz dated September 4, 2002 subject "T Fiebiger 04889"

201.   Tim Fiebiger Performance Improvement Action Plan dated April 9, 2003

202.   E-mail from Barry Ronning dated March 25, 2003 subject "T Fiebiger 04889"

203.   E-mail from Stephen Lutz dated February 28, 2003 subject "new hires"

204.   E-mail from T. Fiebiger dated August 15, 2002

205.   E-mail from Craig Hershberger dated April 5, 2002 subject "change to area tickets used for inventories"

206.   E-mail from Jennifer Camden dated March 19, 2002 subject "Let's Make It Happen"

207.   E-mail from T. Fiebiger dated May 3, 2003

208.   E-mail from Barry Ronning dated April 27, 2003 subject "plumbing issue"

209.   E-mail from Craig Hershberger dated March 3, 2003 subject "staff scheduler"

210.   E-mail from Lori Lane dated February 24, 2002

211.   E-mail from Nancy Kusky dated February 27, 2002 subject "day off"

212.   E-mail from System Administrator dated March 6, 2002 subject "undeliverable Lori Lane 01773"

213.   Family Dollar Stores Memo sent from Valerie Stockdale to Linda Taylor dated June 27, 2001 concerning shoplifting and payroll

214. Family Dollar Stores Memo sent from Valerie Stockdale to Linda Taylor dated September 7, 2002 concerning hours worked

215. Excerpt from Department of Labor, Field Operations Handbook dated April 18, 1984 entitled, 22c00 "supervision of two or more other employees"

216. The Star Program, Success, Training and Retention

217. Memo from Steve Phillips to District Managers, Region Vice Presidents and Operations Vice Presidents, dates June 28, 2002, subject "'New' Store Management Appraisal Process – Supporting Documentation"

218. Store Management Performance Appraisal Process

219. Regional Store Ordering Program

220. Family Dollar Store Time Study Database, bates stamp 27216 - 27222

221. Family Dollar Family Focus, number 3, dated July 2003

222. Memorandum Opinion issued by the Honorable U.W. Clemon dated November 7, 2002

223. Store Manager Essential Job Functions

224. Assistant Store Manager Essential Job Functions

225. Staff Schedule Frequently Asked Questions produced by Bill Detter

226. Chart showing name; number of weeks employed as Store Manager; number of recorded hours worked during weeks employed as Store Manager; average number of hours recorded per week during time period while employed as Store Manager; number of weeks employed as Store Manager multiplied times 48, number of weeks employed as Store Manager multiplied times 52; total number of hours recorded while holding the position of Store Manager which exceed 48 hours ---- the agreed upon number of hours his/her salary was meant to compensate them for; total number of hours recorded while holding the position of Store Manager which exceed

52 hours --- the agreed upon number of hours his/her salary was meant to compensate them

227. Chart showing name, starting assignment date, assignment end date, store#, District, Region, square footage of store, risk class assigned to store, geographic location of store, anytime five status, size of inventory, sales

228. PAF, Tammy McElroy, August 29, 2000, Resignation entered by Linda Taylor

229. Chart showing average hourly rate of pay for store managers based upon number of hours worked per week divided by their weekly salary

230. E-Mail dated October 7, 2002 from Randy Baggett, Subject "Sales" to Misty Bice

231. Performance Improvement Action Plan on Delores Barber, dated August 22, 2003, subject "Store Conditions"

232. Personnel Action Form on Valerie Stockdale, dated December 17, 1991, bates # D-04251

233. Personnel Action Form on Valerie Stockdale, dated October 31, 1998, bates # D-04269

234. Affidavits of Dennis Heskett

235. Affidavit of Janet Kelley

236. Risk classifications for all Family Dollar stores

237. Square footage documents for all Family Dollar store

238. Any and all exhibits attached to the plaintiffs' Response to the Defendant's Motion for Decertification

239. Memorandum Opinion, Nov. 7, 2002

240. Affidavit of Nancy Porter with Attached Outline Chart of Store Manager Authority

241.   Report of Bill A. Belt

242.   Preliminary Expert Report of Brian T. Farrington

243.   1997 Store Policy Manual

244.   Frank Vogt Email

245.   Store Manager Essential Job Functions

246.   Les A. Schneider and J. Larry Stine, 1 Wage and Hour Law: Compliance & Practice (2000 & Suppl. 2002)

247.   Staff Schedule Frequently Asked Questions

248.   Deposition of Bill Broome

249.   Deposition of Bruce Barkus

250.   Expert Statistical Report of Dr. Edwin L. Bradley on Class Certification Issues

251.   Affidavit of Dr. Edwin L. Bradley Regarding Defendant's Motion to Decertify

252.   List of Defendant's Representations Regarding Specified Opt-Ins' Testimony That Plaintiff's Dispute

253.   Affidavit of Bill A. Belt

254.   Chart Showing Authority to Hire and Fire Hourly Employees by Store Managers

255.   Agree and Dispute Chart

256.   Expert Report of Dr. Edwin Bradley including all supplementations and attachments.

257.   Dr. Edwin Bradley's Backpay Computations for Store Managers

**DEPOSITION TESTIMONY**[1]

258.   Deposition(s) of Bill Broome

259.   Deposition(s) of Bruce Barkus

260.   Depositions(s) of John Clifford

261.   Deposition(s) of Dennis Heskett

262.   Depositions(s) of Dennis Merriam

263.   Deposition(s) of Howard Levine

264.   Deposition(s) of Sue Fontes

265.   Deposition(s) of Mike Zeuge

266.   Deposition(s) of Mark Chidester

267.   Deposition(s) of Sherry Walden

268.   Deposition(s) of Melissa Minger

269.   Deposition(s) of Harold Landers

270.   Deposition(s) of Howard Laird

271.   Deposition(s) of David Geiger

272.   Deposition(s) of Sharon Kay Spanogle

273.   Deposition(s) of Steve Foster

274.   Deposition(s) of Linda Taylor

---

[1]These exhibits will be in the form of excerpts and/or summaries of deposition transcripts.

275.   Deposition(s) of Sue Lawhorn

276.   Deposition(s) of Merrill Malone

277.   Deposition(s) of Peggy Pedigo

278.   Deposition(s) of Mike Vickers

279.   Deposition(s) of Malcolm Cannon

280.   Deposition(s) of Don Butler

281.   Deposition(s) of Dennis Merriman

282.   Deposition(s) of Sam McPherson

283.   Deposition(s) of James Parker

284.   Deposition(s) of Jill Suzanne Fisher

285.   Deposition(s) of Fred Wine

286.   Deposition(s) of Katherine Fleming

287.   Deposition(s) of Melissa Minger

288.   Deposition(s) of William B. McCarthy

289.   Deposition(s) of Stephen Phillips

278.   Deposition(s) of Christina Ross

279.   Deposition(s) of Leona Spiesman

280.   Deposition(s) of Ramesh Chikkala

281.   Deposition of Bernice Adams

282.    Deposition of Ramon Allende

283.    Deposition of Carolyn Anderson

284.    Deposition of Joe L. Arrellin

285.    Deposition of Harvey W. Attaway

286.    Deposition of Petra C. Avitia

287.    Deposition of Shirley Baker

288.    Deposition of Suzette Marie Barbe

290.    Deposition of Delores Barber

300.    Deposition of Gary Beam

301.    Deposition of Charles Bennet

302.    Deposition of Porfirio J. Berrios

303.    Deposition of Misty Bice

304.    Deposition of Julie Blakeney

305.    Deposition of Judy Kay Bloss

306.    Deposition of Julie Bly

307.    Deposition of Katherine B. Bracey

308.    Deposition of Ruby Brady

309.    Deposition of Janet Browne

310.    Deposition of Tom Brown

311.    Deposition of Linda Burke

312.    Deposition of Sharon Lynn Butler

313.    Deposition of Cora Cannon

314.    Deposition of Geraldine Cannon

315.    Deposition of Fleta Casey

316.    Deposition of Joe O. Cheadle

317.    Deposition of Richie H. Cousin

318.    Deposition of Enrique Cruz

319.    Deposition of Wilma Cutchall

320.    Deposition of Janet Dalton-Goss

321.    Deposition of Lloyd Davis

322.    Deposition of Richard Day

323.    Deposition of William "Bill" Detter

324.    Deposition of Angela B. Dickerson

325.    Deposition of Carol Dinolfo

326.    Deposition of Mareo Dones

327.    Deposition of Alice Duessler

328.    Deposition of Denise Dunning

329.    Deposition of Linda K. Edlund

330.   Deposition of Betty Ellefson

331.   Deposition of Jodi Etheridge

332.   Deposition of Lavasier A. Feggins

333.   Deposition of Robert Fiore

334.   Deposition of R.C. Fowlkes

335.   Deposition of Sue Freeman

336.   Deposition of Sherry Gowan

337.   Deposition of Mary Guglielomo

338.   Deposition of Michelle L. Hansen

339.   Deposition of Karol Harrison

340.   Deposition of Elden Heim

341.   Deposition of Calvin Hodge

342.   Deposition of David Hood

343.   Deposition of James Jertson

344.   Deposition of Michael Johnson

345.   Deposition of Gretchen M.R. Jones

346.   Deposition of Michael D. Jones

347.   Deposition of Marie Kauffmann

348.   Deposition of Mary Kemsey

349.    Deposition of Sam Kenerson

350.    Deposition of Ada Kennedy

351.    Deposition of James E. Labonte

352.    Deposition of Terry Land

353.    Deposition of David Majeski

354.    Deposition of Dorothy M. Malone

355.    Deposition of Chantel McDaniel

356.    Deposition of Tammy J. McElroy

357.    Deposition of John McGinnis

358.    Deposition of Carriel Miller

359.    Deposition of John Miller

360.    Deposition of Richard P. Mize

361.    Deposition of Dorris Moody

362.    Deposition of Janice Morgan

363.    Deposition of Charles Morris

364.    Deposition of David Myers

365.    Deposition of Ethel Nash

366.    Deposition of Paul Palladino

367.    Deposition of Michael Papp

368.    Deposition of Steven Paul

369.    Deposition of Gary Pendleton

370.    Deposition of Gail Pettaway

371.    Deposition of Sheila Pippin

372.    Deposition of Cid Potter

373.    Deposition of James Powell

374.    Deposition of Lana Radosh

375.    Deposition of Lawrence Reevers

376.    Deposition of Eric Rhein

377.    Deposition of Barbara Richardson

378.    Deposition of David Robinson

379.    Deposition of Desiree Robinson

380.    Deposition of Elizabeth Rogers

381.    Deposition of Vada Rose

382.    Deposition of Robert Ross

383.    Deposition of Brenda Sackman

384.    Deposition of A. Brent Shrader

385.    Deposition of Randy Snowberger

386.    Deposition of Theresa St. Hilaire

387.    Deposition of Valerie K. Stockdale

388.    Deposition of Mary Strickland

389.    Deposition of Regina Tetley

390.    Deposition of Richard True

391.    Deposition of Debbie Vasquez

392.    Deposition of Charles Warren

393.    Deposition of Duane Watson

394.    Deposition of John West, Sr.

395.    Deposition of Michael Williams

396.    Deposition of James Wright

397.    Deposition of James P. Frances

398.    Deposition of Robin Raine

399.    Deposition of Robert Rosenbeck

400.    Deposition of Luther Mangum

401.    Deposition of Gregg Pellegrin

402.    Deposition of Alonzo Woods

403.    Deposition of Thomas Schofield

404.    Deposition of Janet L. Summerlin

405.    Deposition of Earl Fowler

406.    Deposition of Robert Eisenhardt

407.    Deposition of Laurie Trout Wilson

408.    Deposition of Gloria Charles

409.    Deposition of Angela Alexander

410.    Deposition of Krista Allen

411.    Deposition of Catherine E. Alson

412.    Deposition of Brenda Anderson

413.    Deposition of Cheryl Backus

414.    Deposition of Mary Barentine-Hurley

415.    Deposition of Ingrid Beasley

416.    Deposition of Tyrus Bremer

417.    Deposition of Judy B. Brown

418.    Deposition of Shellah Brown

419.    Deposition of Earl Butler

420.    Deposition of Melanie Butler

421.    Deposition of Tomelita Caffey

422.    Deposition of Josue Carrera

423.    Deposition of Robert J. Carter

424.    Deposition of Norma V. Carter

425.    Deposition of Gloria Charles

426.    Deposition of Maxima Chavarria

427.    Deposition of Lotossia Clark

428.    Deposition of Beatrice Cooks-Smith

429.    Deposition of Diane Conaway

430.    Deposition of Candace Corsaro

431.    Deposition of Daniel Correra

432.    Deposition of Pansy Cruz

433.    Deposition of Rebecca Dixon

434.    Deposition of Sandra K. Dupoint

435.    Deposition of Robert Eisenhardt

436.    Deposition of Ricky Elam

437.    Deposition of David Epstein

438.    Deposition of Al Fagnani

439.    Deposition of Larry Forler

440.    Deposition of Brinda Fulton

441.    Deposition of Jack Gann

442.    Deposition of Rafael Garza

443.    Deposition of William Richard Giles

444.   Deposition of Stanley Gondzar

445.   Deposition of Richard Groothius

446.   Deposition of Nancy Guerrero

447.   Deposition of Sharrian Gustavus

448.   Deposition of James Hahl

449.   Deposition of Barbara B. Hampton

450.   Deposition of Cora Harris

451.   Deposition of Issac T. Harris

452.   Deposition of Leonard Hejl

453.   Deposition of Jose C. Henandez

454.   Deposition of Antonio "Toni" Herrea

455.   Deposition of Brenda Herriage

456.   Deposition of Pamela Hester

457.   Deposition of Magnolia Hill

458.   Deposition of Carla Houghton

459.   Deposition of William Houston

460.   Deposition of Shelly Hughes

461.   Deposition of Felicia Kaye Hunt

462.   Deposition of Elizabeth Irwin

463.    Deposition of Clifton Jackson

464.    Deposition of Glenda T. Jackson

465.    Deposition of Sharon James

466.    Deposition of Timothy Jones

467.    Deposition of Michael D. Kelley

468.    Deposition of Roy Kesterson

469.    Deposition of Henritta S. Key

470.    Deposition of Henry Knox

471.    Deposition of Patricia LaFlore

472.    Deposition of Lori Lane

473.    Deposition of Alvin Lee

474.    Deposition of Mark L. Lumley

475.    Deposition of James MacLane

476.    Deposition of Karoline Maxwell

477.    Deposition of Tracy McCraney

478.    Deposition of Donald McFarland

479.    Deposition of Martha McGowan

480.    Deposition of Yolanda McKenzie

481.    Deposition of Angela May Myers

482.    Deposition of Kenneth Muse

483.    Deposition of Carla Nelson

484.    Deposition of Lois Nevins

485.    Deposition of Willie Newberne

486.    Deposition of Diane Notter

487.    Deposition of Winston Obasuyi

488.    Deposition of Henry Odufuwa

489.    Deposition of Paul O'Neal

490.    Deposition of Irenio Orona

491.    Deposition of Dianne Brown Owens

492.    Deposition of Rolland E. Palmer

493.    Deposition of Barbara Parker

494.    Deposition of Veronica Perry-Preddie

495.    Deposition of Aqueda Plair

496.    Deposition of James P. Frances

497.    Deposition of Jeffrey D. Ralph

498.    Deposition of Eflrain Ramon-Correra

499.    Deposition of Trent Reed

500.    Deposition of Carlos H. Reyes

501.    Deposition of Marcus Robbins

502.    Deposition of Michelle Rodgers

503.    Deposition of Fred Rodriquez

504.    Deposition of Mary Lou Rodriquez

505.    Deposition of Beatrice Salazar

506.    Deposition of James Sanders

507.    Deposition of Anne Schmelzle

508.    Deposition of Vicki Scrivner

509.    Deposition of Rodney Sisler

510.    Deposition of Betsy Smallwood

511.    Deposition of Cheryl Smith

512.    Deposition of Dorothy Smith Ferris

513.    Deposition of Donnie Smith

514.    Deposition of Leona Smith

515.    Deposition of Leroy Smith

516.    Deposition of Linda Diane Smith

517.    Deposition of Vivian Smith

518.    Deposition of Marie Spellissy

519.    Deposition of Sophia J. Spencer

520.   Deposition of David Spruce

521.   Deposition of Heather Stanaway

522.   Deposition of Saundra Stewart

523.   Deposition of Shelly Stream-Huyck

524.   Deposition of Scott A. Stoops

525.   Deposition of Rita Stroud-Lipsey

526.   Deposition of Barbara Sylvester

527.   Deposition of Geraldine Tanner

528.   Deposition of Nancy Thompson Kidd Tullock (Stover)

529.   Deposition of Angela Turner

530.   Deposition of James Turner

531.   Deposition of Zenaida Veldzquez

532.   Deposition of Terry Vest

533.   Deposition of Juan Vidales

534.   Deposition of Pamela E. Walker

535.   Deposition of Priscilla Walker

536.   Deposition of Roosevelt Washington

537.   Deposition of Roxanne Watkins

538.   Deposition of Cindy Whaley

539.   Deposition of Jeanette Whaley

540.   Deposition of Richard T. Wildberger

541.   Deposition of Melvin Wilkins

542.   Deposition of Bonnie Williams

543.   Deposition of Jackie Williams

544.   Deposition of Gloria Wilson

545.   Deposition of Laurie R. Wilson

546.   Deposition of Brenda C. Woods

547.   Deposition of Jerry Worthington

548.   Deposition of Evangelina Zamarripa

549.   Deposition of Sonja Zimmerman

550.   January 13, 2005 Memorandum Opinion denying Motion to Decertify

551.   All documents produced by the defendant during the course of discovery

552.   Any and all discovery responses by the defendant to plaintiffs' discovery

553.   Any and all documents listed by defendant not objected to by plaintiffs

554.   Any and all documents needed in rebuttal

Respectfully submitted,

<u>Kevin W. Jent</u>
Robert L. Wiggins, Jr.
Robert F. Childs, Jr.
Gregory O. Wiggins
Kevin W. Jent
Counsel for the Plaintiffs

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have filed the above and foregoing today, May 13, 2005, by CM/ECF on:

James Walker May
T. Matthew Miller
Arnold W. Umbach, III
Abdul K. Kallon
Ronald H. Kent
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place, 1819 5th Avenue North
Birmingham, Alabama 35203

J. Mark White
Attorney at Law
WHITE ARNOLD ANDREWS & DOWD, P.C.
Suite 600, 2025 Third Avenue North
Birmingham, Alabama 35203

<u>Kevin W. Jent</u>
OF COUNSEL

36