FILED
2008 Sep-12 AM 08:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JANICE MORGAN, BARBARA RICHARDSON, and CORA CANNON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> FAMILY DOLLAR STORES, INC., <br><br> Defendant. | Civil Action Number <br> 7:01-cv-0303-UWC |

**FILED JUN 28 2005**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

## SPECIAL VERDICT

1. Do you find that the Plaintiffs have probably proved that they were employed as Store Managers of the Defendant Family Dollar Stores, Inc. at some time between July 1, 1999 and the present date?

    Yes __Yes__    No _____

2. Do you find that the Defendant Family Dollar Stores, Inc. has probably proved that the Plaintiffs were exempt executive employees under the Fair Labor Standards Act?

    Yes _____    No _____

IF YOUR ANSWER IS "YES," DO NOT ANSWER ANY OTHER QUESTIONS.

493

3. What amount of overtime pay are the Plaintiffs entitled to?

$ _____

4. Do you find that the Plaintiffs have probably proved that the Defendant Family Dollars Stores, Inc. acted "wilfully" in denying overtime pay to the Plaintiffs?

Yes _____     No _____

SO SAY WE ALL.

_____6-28-05_____
Date

17