IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| **JANICE MORGAN, BARBARA RICHARDSON, on behalf of themselves and all others similarly situated** | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action Number **7:01-cv-0303-UWC** |
| vs. | ) ) | |
| **FAMILY DOLLAR STORES, INC.** | ) ) ) | |
| Defendant. | ) | |

## SUPPLEMENTAL PRETRIAL ORDER

The Pretrial Order previously entered herein is hereby SUPPLEMENTED as follows:

1. The stipulations entered into by the parties at or during the first trial shall be binding in the upcoming trial.

2. In the presentation of their testimonial evidence, class counsel shall anticipate the Defendant's affirmative defense.

3. Not later than February 14, 2006, class counsel shall provide to Defendant's counsel a list of the first sixty (60) witnesses whom the Plaintiffs intend to call during the presentation of their case in chief.

In all other respects, the Pretrial Order remains in full force and effect.

Done the 6th day of February, 2006.

_____
U.W. Clemon
Chief United States District Judge