IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| **JANICE MORGAN, BARBARA RICHARDSON, CORA CANNON, and LAURIE R. TROUT-WILSON, on behalf of themselves and all others similarly situated,** | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action Number **7:01-cv-0303-UWC** |
| vs. | ) ) | |
| **FAMILY DOLLAR STORES, INC.,** | ) ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Based on the Special Verdict of the Jury, and the dismissal of the claims of those Plaintiffs who are barred by the doctrine of judicial estoppel or a lack of standing,[1] the remaining Plaintiffs shall have and recover of the Defendant the sum of Sixteen Million Six Hundred twenty -three Thousand Nine Hundred Eighty-nine and 32/100 Dollars (**$16,623,989.32**).

---

[1] Within ten days, any Bankruptcy Trustee may petition the Court by a Motion to Alter or Amend the Judgment to be substituted in the place of a Plaintiff who has been dismissed on grounds of judicial estoppel or for want of standing.

Based on the Jury's finding of wilfulness and the Court's finding that the Defendant did not carry its burden of proof of good faith in violating the overtime provisions of the Fair Labor Standards Act, liquidated damages in the amount of Sixteen Million Six Hundred twenty-three Thousand Nine Hundred Eighty-nine and 32/100 Dollars **($16,623,989.32)** are also awarded to the Plaintiffs.

The costs of this action are hereby assessed against the Defendant.

Done the 31st day of March, 2006.

_____
U.W. Clemon
Chief United States District Judge