IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JANICE MORGAN, BARBARA ) <br> RICHARDSON, CORA CANNON, ) <br> LAURIE R. TROUT (WILSON) ) <br> on behalf of themselves ) <br> and all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> FAMILY DOLLAR STORES, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION NUMBER: <br> CV-01-C-0303-W |

## MOTION FOR ATTORNEYS' FEES AND EXPENSES

Come now the plaintiffs, who move the Court for an award of attorneys' fees and expenses pursuant to 29 U.S.C. Section 216(b) and Federal Rule of Civil Procedure 54(d)(2). As grounds, plaintiffs state the following:

1. The Court has previously entered judgment for the plaintiffs on March 31, 2006 in the amount of $33,247,978.64 for violation of the Fair Labor Standards Act. Dkt. #592.

2. Section 216(b) of the Fair Labor Standards Act provides that "[t]he court . . . shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a

1

reasonable attorney's fee to be paid by the defendant, and costs of the action." 29 U.S.C. §216(b).

3. An itemization of the time and expense reasonably incurred in securing judgment on behalf of the plaintiffs in this action is submitted contemporaneously herewith. A summary is attached.

4. Based upon the hours expended in the case, the hourly rates appropriate for the attorneys and paralegals involved, and the application of the standards set forth in *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974) and *Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, 483 U.S. 711 (1987), plaintiffs request a total lodestar fee of $7,027,026.85 together with $1,010,792.95 in reimbursable expenses for the period through today's date, April 14, 2006. *See e.g. Dowdell v. City of Apopka, Fla*, 698 F.2d 1181, 1190 (11th Cir. 1983).

5. Plaintiffs further seek an upward adjustment of such lodestar for: (1) the risk of non-payment of a substantial amount of time and expense; (2) the delay in payment; (3) the novel and difficult issues involved; (4) the preclusion of other employment; (5) the undesirability of the case; and (6) the exceptional results obtained.

6. Plaintiffs request an expedited schedule for resolution of this motion, including an order requiring each party's briefs and evidence regarding such motion to be submitted on or before May 1, 2006.

WHEREFORE, plaintiffs request entry of judgment awarding attorneys' fees and expenses in the amount of $8,037,819.80 together with an upward adjustment of one hundred percent for risk, delay, novelty, difficulty, undesirability, exceptional results and preclusion of other employment.

                Respectfully submitted,

                /s/Robert L. Wiggins, Jr.
                Robert L. Wiggins, Jr.
                Robert F. Childs, Jr.
                C. Michael Quinn
                Gregory O. Wiggins
                Herman N. Johnson, Jr.
                Kevin W. Jent
                Counsel for the Plaintiffs

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
205/314-0500

                J. Allen Schreiber
                P. Mark Petro

OF COUNSEL:
SCHREIBER & PETRO, P.C.
Suite 250, 2 Metroplex Drive
Birmingham, Alabama 35209

## CERTIFICATE OF SERVICE

     I hereby certify that on April 14, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Walker May
Jay D. St. Clair
T. Matthew Miller
Abdul K. Kallon
Ronald H. Kent
Stacey T. Bradford
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place, 1819 5th Avenue North
Birmingham, Alabama 35203

J. Mark White
Augusta S. Dowd
Attorney at Law
WHITE ARNOLD ANDREWS
& DOWD, P.C.
Suite 600, 2025 3rd Avenue No.
Birmingham, Alabama 35203

                                   /s/Robert L. Wiggins, Jr.
                                   OF COUNSEL

## Summary of Itemized Time, Expenses and Hourly Rates

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Adams, Russell | 306.75 | 350.00 | 107,362.50 |
| Atha, Steven | 233.25 | 350.00 | 81,637.50 |
| Bachman, Eric | 5.25 | 250.00 | 1,312.50 |
| Blizzard, Wallace | 99 | 250.00 | 24,750.00 |
| Calamusa, Rocco | 748.5 | 325.00 | 243,262.50 |
| Calvin, Joe | 9 | 375.00 | 3,375.00 |
| Channell, Audrey | 259.5 | 195.00 | 50,602.50 |
| Childs, Robert | 1262.93 | 495.00 | 625,150.35 |
| Cooks, Rod | 21 | 250.00 | 5,250.00 |
| DeGweck, Ben | 60.75 | 185.00 | 11,238.75 |
| Donahue, Susan | 713.75 | 185.00 | 132,043.75 |
| Ebbinghouse, Rick | 973.5 | 450.00 | 438,075.00 |
| Fisher, Sam | 10 | 450.00 | 4,500.00 |
| Goldfarb, Jon | 82.25 | 350.00 | 28,787.50 |
| Hightower, Brad | 0.1 | 200.00 | 20.00 |
| Jent, Kevin | 984.25 | 275.00 | 270,668.75 |
| Johnson, Rusty | 1043.05 | 250.00 | 260,762.50 |
| Lowell, Allison | 35.75 | 165.00 | 5,898.75 |
| Lowell, Craig | 62.5 | 325.00 | 20,312.50 |
| Martin, Mintrel | 18.5 | 195.00 | 3,607.50 |
| Mattison, Deb | 33 | 450.00 | 14,850.00 |
| Pantazis, Dennis | 203.25 | 450.00 | 91,462.50 |
| Petro, Mark | 1065.65 | 300.00 | 319,695.00 |
| Quinn, C. Michael | 628 | 495.00 | 310,860.00 |
| Robertson, Ann | 5 | 495.00 | 2,475.00 |
| Sanford, David | 0.75 | 325.00 | 243.75 |
| Schreiber, Allen | 1214.9 | 350.00 | 423,645.00 |
| Simon, Kell | 68.75 | 250.00 | 17,187.50 |
| Smith, Jennifer | 3.75 | 195.00 | 731.25 |
| Sparks, Daniel | 63.2 | 300.00 | 18,960.00 |
| Trueblood, Temple | 77.5 | 200.00 | 15,500.00 |
| Weiner, Maury | 100.25 | 325.00 | 32,581.25 |
| Wiggins, Ann | 245.5 | 350.00 | 85,925.00 |
| Wiggins, Greg | 4547.5 | 325.00 | 1,477,937.50 |
| Wiggins, Robert | 1971.95 | 495.00 | 976,115.25 |
| Wilson, Josh | 790 | 185.00 | 146,150.00 |
| Total Attorneys | 17948.53 | | 6,252,936.85 |
| Paralegal | 7740.9 | 100.00 | 774,090.00 |
| Expenses | | | 1,010,792.95 |
| Total | | | 8,037,819.80 |