IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **JANICE E MORGAN and BARBARA RICHARDSON, on behalf of themselves and all others similarly situated,**  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>**vs.**  )<br>)<br>**FAMILY DOLLAR STORES, INC.,**  )<br>)<br>Defendant.  ) | Civil Action Number<br>**7:01-cv-0303-UWC** |

## AMENDED FINAL JUDGMENT

The Defendant's Renewed Motion For Judgment as a Matter of Law, Motion for a New Trial, and Motion to Alter or Amend the Judgment, (Doc. 654), and any other pending motion, separately and severally, are hereby DENIED.[1]

The Final Judgment entered herein on March 31, 2006, is hereby SUPPLEMENTED by the additional amount of $1,164,040.42 as overtime backpay and an additional $1,164,040.42 as liquidated damages.[2]

---

[1] The reasons for the Court's denial of the referenced motion are adequately set forth in the Plaintiffs' Opposition to Defendant's Renewed Motion, (Doc. 667), incorporated herein by reference as if fully set forth.

[2] The supplemental amount represents backpay for unpaid overtime due to the bankrupt Plaintiffs listed in Exhibit A to the Notice of Substitution and Joinder, (Doc. 693), except with

Thus, the remaining Plaintiffs and the Trustees for the bankruptcy estates of the designated bankrupt Plaintiffs shall have and recover of the Defendant Family Dollar Stores the sum of **$17,788,029.74** as overtime backpay and the additional amount of **$17,788,029.74** as liquidated damages.

The costs of this action are taxed against the Defendant.

Done the 16th day of April, 2007.

                                                             _____
                                                                     U.W. Clemon
                                                             United States District Judge

---

respect to Donald Bell, Joseph Allen Henry, Lynna R. Lehmkuhl, Sherry L. McCoy, Amber Sue Nelson, and Margaret Jo Rogers.  (*See* Doc. 694, Family Dollar's Motion to Strike or Alternatively Opposition and Response to Notice of Substitution and Joinder at Ex. 2.)