```
 1
                   IN THE UNITED STATES DISTRICT COURT
 2                FOR THE NORTHERN DISTRICT OF ALABAMA
                             WESTERN DIVISION
 3

 4
      JANICE MORGAN, et al.,         *
 5           Plaintiffs,             *    CV-01-C-0303-W
                                     *    June 24, 2005
 6           vs.                     *    Tuscaloosa, Alabama
                                     *    10:00 A.M.
 7    FAMILY DOLLAR STORES, INC.,    *
             Defendants.             *
 8    ****************************

 9                             VOLUME 9
                       TRANSCRIPT OF JURY TRIAL
10                   BEFORE THE HON. U.W. CLEMON
                   CHIEF UNITED STATES DISTRICT JUDGE
11

12    FOR THE PLAINTIFFS:

13    HON. ROBERT L. WIGGINS, JR., Esq.
      HON. C. MICHAEL QUINN, ESQ.
14    HON. GREGORY O. WIGGINS, ESQ.
      HON. HERMAN N. JOHNSON, JR.,ESQ.
15    HON. ROCCO CALAMUSA, ESQ.
      WIGGINS, CHILDS, QUINN & PANTAZIS
16    301 19th Street, North
      Birmingham, AL 35203-3204
17

18    HON. J. ALLEN SCHREIBER, ESQ.
      HON. P. MARK PETRO, ESQ.
19    SCHREIBER & PETRO
      Two Metroplex Drive, Suite 250
20    Birmingham, AL  35209

21
      FOR THE DEFENDANTS:
22
      J. MARK WHITE, ESQ.
23    WHITE, ARNOLD ANDREWS & WHITE
      2025 3rd Avenue North, Ste. 600
24    Birmingham, AL 35203

25
```

```
 1            (Continued Appearances)

 2   HON. JOSEPH B. MAYS, JR., ESQ.
     HON. ABDUL K. KALLON, ESQ.
 3   HON. ARNOLD W. UMBACH, III, ESQ.
     HON. JAMES WALKER MAY, ESQ.
 4   HON. RONALD H. KENT, JR., ESQ.
     HON. T. MATTHEW MILLER, ESQ.
 5   BRADLEY, ARANT, ROSE & WHITE
     P. O. Box 830709
 6   Birmingham, AL  35203

 7


 8


 9


10   Christina K. Decker, RPR, CRR
     Federal Official Court Reporter
11   101 Holmes Avenue, NE, Suite 305
     Huntsville, AL 35801
12


13   Penny L. Enoch, RPR
     Federal Official Court Reporter
14   1729 5th Avenue North, Room 325
     Birmingham, AL  35203
15

16

17

18

19

20

21

22

23

24

25
```

```
 1                          I N D E X

 2    Witnesses:         Direct   Cross   Redirect  Recross

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1      June 24, 2005                              10:00 a.m.
 2                         PROCEEDINGS:
 3                         IN OPEN COURT:
 4            THE COURT:  Good morning, ladies and
 5   gentlemen.  The Court has received the following note
 6   from the jury:  "Your Honor, may we have a copy of the
 7   Fair Labor Standards Act?"  What is the suggested
 8   response of the plaintiffs?
 9            MR. R. WIGGINS:  Your Honor, we do not
10   believe that the Act would be helpful.  It's very
11   difficult even for a lawyer to figure out what that Act
12   is saying, with all the regulatory terminology that's
13   used.  We just don't see how that's going to help
14   anyone.
15            THE COURT:  So how do you suggest I respond?
16            MR. R. WIGGINS:  By saying that they should
17   follow your instructions, which is you correctly stated
18   what the Act provides for.
19            THE COURT:  All right.  What is the suggested
20   response of the defendant?
21            MR. MAYS:  We do not believe it will be
22   helpful to send the statute to the jury, Your Honor.
23            THE COURT:  All right.  Let's bring in the
24   jury.
25         (Jury in at 10:16 a.m.)
```

```
 1                  IN OPEN COURT, JURY PRESENT:
 2          THE COURT:  Good morning, ladies and
 3   gentlemen.  You sent me the following note:  "May we
 4   have a copy of the Fair Labor Standards Act?"  The
 5   answer is no.  This is the Fair Labor Standards Act
 6   (indicating).  This is one of the volumes of the total
 7   federal regulations interpreting the Fair Labor
 8   Standards Act.
 9       I tell you what the law is, and I've done that,
10   and you must accept my interpretation of the law.  If
11   you have any specific question as to a specific
12   provision of the Fair Labor Standards Act that applies
13   to this case, you may ask that question.  And after
14   consideration, we will respond to it.
15          Thank you very much.  You may continue
16   deliberations.
17        (Jury out at 10:17 a.m.)
18             THE COURT:  Anything anybody wants to say?
19             MR. MAY:  No, Your Honor.
20             MR. MAYS:  No, sir.
21             MR. WHITE:  We're in recess?
22             THE COURT:  Oh, yes.  We're in recess.
23        (10:18 a.m.)
24        (2:49 p.m.)
25                          IN OPEN COURT:
```

1              THE COURT:  Ladies and gentlemen, I've got to
2     be back in Birmingham at 5:00 o'clock.  I propose to
3     call the jury in and tell them that if they want to
4     recess at 4:00, they can do so, but that at that time I
5     will be leaving the courthouse.  If they choose to
6     continue deliberating, they are to deliberate until
7     5:00, and to end their deliberations at that point, or
8     at such earlier point where they have a question for
9     the Court, or are able to reach a verdict, in which
10    case or either case they are to stop their
11    deliberations and return here Monday morning.  Is there
12    any objection to that?
13             MR. R. WIGGINS:  None from the plaintiffs,
14    Your Honor.
15             MR. MAYS:  Not from the defendants, Your
16    Honor.
17             THE COURT:  All right.  Let's bring in the
18    jury.
19         (2:51 p.m. jury in)
20             IN OPEN COURT, JURY PRESENT:
21             THE COURT:  Ladies and gentlemen, please
22    pardon my interruption of the very important work that
23    you are doing.  But I wanted to tell you that I have to
24    be back in Birmingham at 5:00 o'clock today.  So I plan
25    to leave Tuscaloosa at 4:00 o'clock.

…
…

1       Now, you have two choices:  You can either quit at
2   4:00 or continue on until 5:00.  If you choose to
3   continue deliberating until 5:00, should you have a
4   question of me or should you be able to reach a verdict
5   between 4:00 and 5:00, you would end your deliberations
6   and then come back here Monday morning at 9:00 o'clock.
7       If you wish to go at 4:00, you may do so.  Why
8   don't you go back into the jury room, decide whether
9   you want to quit at 4:00 or go on until 5:00, and just
10  send me a note.
11      If you choose to go on until 5:00, and are unable
12  to reach a verdict by that time, please remember that
13  when you end your deliberations today and go home,
14  please don't discuss the case with anyone or allow it
15  to be discussed in your presence.  Do not even discuss
16  it with each other, should you see each other between
17  now and Monday morning.  And be back here Monday
18  morning at 9:00 o'clock.
19      Thank you very much.
20          MR. MAYS:  Your Honor, may I request the
21  customary instruction about news?
22          THE COURT:  Yes.  It's more important now
23  than ever -- don't look at any news reports or read any
24  newspapers.
25      (Jury out at 2:54 p.m.)

```
 1              THE COURT:  Thank you all.  We will let you
 2   know what the jury decides to do.
 3              MR. MAYS:  Thank you, Judge.
 4              MR. WHITE:  Thank you.
 5         (Recess at 2:55 p.m.)
 6
 7         (Court adjourned at 4:00 p.m.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                          CERTIFICATE
 2
 3
 4        I certify that the foregoing is a correct
 5   transcript from the record of proceedings in the
 6   above-entitled matter.
 7
 8
 9
10
11   _____      7-31-05
12   Christina K. Decker, RPR, CRR                Date
13   Federal Official Court Reporter
14
15
16
17
18
19
20
21
22
23
24
25
```