UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Hugo L. Black United Sattes Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1728

May 22, 2007

Mr. Miguel J. Cortez, Jr., Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No. CV-01-0303-UWC-W
IN RE: Janice Morgan  vs  Family Dollar Stores

Enclosed are documents regarding an Appeal in this matter. Please acknowledge receipt on the enclosed copy of this Transmittal.

X   Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed. Please check if judgment was oral; *And Amended Judgment.*

    First Notice of Appeal?   Dates of other Notices:

    The following materials **SEALED** in this court (order enclosed) consisting of:

    Original papers (court file) and certified copy of docket entries per USCA request.

    There was no hearing from which a transcript could be made.

    Copy of CJA Form 20 or District Court order appointing counsel.

X   The appellant docket fee has been paid.   **YES**   Date Paid:  **May 11, 2007**

    The appellant has been _____ leave to appeal in forma pauperis and a request for certificate of appealability (order enclosed).

X   The Judge/Magistrate Judge appealed from is:  **Judge U.W. Clemon**

    The Court Reporter is:  205-252-6565.

X   Other: *A copy of Transcript Request, document # 714 Attached Also.*

SHARON N. HARRIS, Clerk

By: *Sonja R. Jenkins*
    Sonja R. Jenkins, Deputy Clerk

xc:  Counsel