IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JANICE MORGAN, BARBARA ) <br> RICHARDSON, CORA CANNON, ) <br> LAURIE R. TROUT (WILSON) ) <br> on behalf of themselves ) <br> and all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> FAMILY DOLLAR STORES, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION NUMBER: <br> CV-01-C-0303-W |

## PLAINTIFFS' RENEWED MOTION
## FOR ATTORNEYS' FEES AND EXPENSES

Come now the plaintiffs, and move the Court for an award of attorneys' fees and expenses pursuant to 29 U.S.C. Section 216(b). As grounds, plaintiffs state the following:

1.  The Court originally entered judgment for the plaintiffs on March 31, 2006. Dkt. #592.

2.  Subsequent to the Court's entry of judgment, the plaintiffs filed a Bill of Costs (Dkt. #665) and Motion for Attorneys' Fees and Expenses (Dkt. #656).

3.  The Court denied plaintiffs' Motion without prejudice "to its reinstatement

1

upon the final resolution of the merits of this case" in "recognition of the reality that either the United States Court of Appeals for the Eleventh Circuit or the United States Supreme Court will ultimately decide whether the Plaintiffs have prevailed in this action" and "in the interest of judicial economy." Dkt. #672.

4. The Court entered an amended final judgment for the plaintiffs on April 16, 2007, in the amount of $35,576,059.48, for defendant's violation of the Fair Labor Standards Act. Dkt. #708.

5. The Eleventh Circuit issued a Memorandum Opinion and Order affirming the Court's judgment on December 22, 2008. *See Morgan v. Family Dollar Stores, Inc.*, 551 F.3d 1233 (11th Cir. 2008).

6. The plaintiffs moved for the attorneys' fees and expenses incurred during the appeal of this case, and the Eleventh Circuit granted plaintiffs' Motion because they were prevailing parties. However, the Eleventh Circuit remanded to the Court the determination of the amount of fees and expenses that should be awarded to plaintiffs.

7. Subsequently, the defendant petitioned the United States Supreme Court for a writ of certiorari to review the Eleventh Circuit's decision. The Supreme Court denied the defendant's petition on October 5, 2009.

8. Section 216(b) of the Fair Labor Standards Act provides that "[t]he court . . . shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action."  29 U.S.C. §216(b).

9. Based upon the hours expended in the case, the hourly rates appropriate for the attorneys and paralegals involved, and the application of the standards set forth in *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974) and *Pennsylvania v. Delaware Valley Citizens' Council for Clean Air*, 483 U.S. 711 (1987), plaintiffs request an award of attorneys' fees and expenses in the amount of $10,782,000. *See e.g. Dowdell v. City of Apopka, Fla*, 698 F.2d 1181, 1190 (11th Cir. 1983).

10. Plaintiffs further seek an upward adjustment of such lodestar for: (1) the risk of non-payment of a substantial amount of time and expense; (2) the delay in payment; (3) the novel and difficult issues involved; (4) the preclusion of other employment; (5) the undesirability of the case; and (6) the exceptional results obtained.

11.  Plaintiffs have filed this Motion to re-initiate the request for an award of attorneys' fees and expenses.  The parties previously agreed to submit an appropriate briefing schedule with the Court regarding this Motion after the

Supreme Court's resolution of the defendant's petition for a writ of certiorari.

**WHEREFORE**, plaintiffs request entry of judgment awarding attorneys' fees and expenses in the amount of $10,782,000, together with an upward adjustment of one hundred percent for risk, delay, novelty, difficulty, undesirability, exceptional results and preclusion of other employment.

    Respectfully submitted,

    */s/ Herman N. Johnson, Jr.*
    Robert L. Wiggins, Jr.
    Robert F. Childs, Jr.
    C. Michael Quinn
    Gregory O. Wiggins
    Herman N. Johnson, Jr.
    Kevin W. Jent
    Counsel for the Plaintiffs

OF COUNSEL:
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
205/314-0500

    J. Allen Schreiber
    P. Mark Petro

OF COUNSEL:
SCHREIBER & PETRO, P.C.
Suite 250, 2 Metroplex Drive
Birmingham, Alabama 35209

## CERTIFICATE OF SERVICE

  I hereby certify that on October 19, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Walker May
Jay D. St. Clair
T. Matthew Miller
Abdul K. Kallon
Ronald H. Kent
Stacey T. Bradford
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place, 1819 5th Avenue North
Birmingham, Alabama 35203

Daniel D. Sparks
CHRISTIAN & SMALL, LLP
1800 Financial Center
505 20th St. N.
Birmingham, AL 352503

Jeffrey J. Hartley, Esq.
Helmsing Leach Herlong
Mewman & Rouse, PC
Box 2767
Mobile, AL 36652

J. Mark White
Augusta S. Dowd
Attorney at Law
WHITE ARNOLD ANDREWS
& DOWD, P.C.
Suite 600, 2025 3rd Avenue No.
Birmingham, Alabama 35203

W. Dennis Schilling, Esq.
P.O. Box 55147
Birmingham, AL 35255-5147

Stephen C. Olen, Esq.
Olen Nicholas & Copeland, PC
P.O. Box 1826
Mobile, AL 36633

Kevin M. Morris, Esq.
Sparkman, Shepard & Morris, P.O.
P.O. Box 19045
Huntsville, AL 35804

and I hereby certify that I have served by U.S. Mail the foregoing upon the following non-CM/ECF participants:

Theresa M. Bender, Trustee
Post Office Box 14557
Tallahassee, FL 32317

Richard E. Boston, Trustee
27 North Eighth Street
Richmond, IN 47374

Erica Elia Bononi, Trustee
20 North Pennsylvania Ave., Ste. 201
Greensburg, PA 15601

Leslie A. Davis, Trustee
9990 Manchester, Suite 202E
St. Louis, MO 63122

Randy D. Doub, Trustee
P.O. Drawer 8668
Greenville, NC 27835-8668

Douglas A. Dymarkowski, Trustee
Lydy & Moan, Ltd.
4930 Holland-Sylvania Road
Sylvania, OH 43560

Lawrence G. Frank, Trustee
2023 N. Second Street
Harrisburg, PA 17102

Randall L. Frank, Trustee
310 Davidson Building
Bay City, MI 48708

Linda B. Gore, Trustee
P.O. Box 1338
Gadsden, AL 35902-1338

Elaine B. Greaves, Trustee
National City Bank Building
16 Wick Avenue #801
Youngstown, OH 44503

Clyde Hardesty, Trustee
P.O. Box 731
Newark, OH 45058-0731

Krispen S. Carroll, Trustee
719 Griswold, Suite 1100
Detroit, MI 48226

Camille Hope, Trustee
P.O. Box 954
Macon, GA 31202

Kevin R. Huennekens, Trustee
Kutak Rock LLP
1111 East Main Street, Suite 800
Richmond, VA 23319-3500

Stanley J. Kartchner, Trustee
7090 N. Oracle Road # 178-204
Tucson, AZ 85704

Walter W. Kelley, Trustee
P.O. Box 70879
Albany, GA 31707

Kevin P. Kubie, Trustee
P.O. Box 8928
Pueblo, CO 81008-8928

Stephens L. Langeland, Trustee
350 East Michigan Ave., Suite 130
Kalamazoo, MI 49007

Bruice A. Lanser, Trustee
205 East Wisconsin Ave., Suite 140
Milwaukee, WI 53202

Dorraine A. Larison, Trustee
Gray, Plant, Mooty, Motty & Bennett
1010 West Sain Germain St., Ste 600
St. Cloud, MN 56301

James G. Henderson, Trustee
Pritchard McCall & Jones LLC
800 Financial Center
505 North 20th Street
Birmingham, AL 35203

Donald R. Lassman, Trustee
P.O. Box 920385
Needham, MA 02492

William Lawrence, Trustee
200 S. 7th Street, Suite 310
Legal Arts Bldg.
Louisville, KY 40202

Steven R. Neuner, Trustee
Willow Ridge Executive Office Park
750 Route 73 South, Suite 210
Marltion, NJ 08053

Joel T. Marker
McKay, Burton & Thurman
170 South Main Street #800
Salt Lake City, UT 84101

Bradley J. Patten, Trustee
301 Green Street, Suite 200
P.O. Box 1098
Gainesville, GA 30501

Deborah C. Menotte, Trustee
P.O. Box 211087
West Palm Beach, FL 33421

Joanne Paulino, Trustee
P.O. Box 24213
Cleveland, OH 44701-4213

Debra Miller, Trustee
P.O. Box 11550
South Bend, IN 46634

John J. Petr, Trustee
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125

Carla Musselman, Trustee
1619 Druid Road
Maitland, FL 32751

Richard Ramsey, Trustee
124 Capitol, Suite 1400
Little Rock, AR 72201

Bernard J. Natale, Trustee
6833 Stalter Drive, Suite 201
Rockford, IL 61108

Christopher J. Redmond, Trustee
One Hallbrook Place, Suite 350
11150 Overbrook Road
Leawood, KS 66211-2298

Edward J. Nazar, Trustee
245 North Waco, Suite 402
Wichita, KS 67202-1117

Dianne G. Reed, Trustee
604 Water Street
Waxahachie, TX 75165

Michael J. O'Connor, Trustee
O'Connor O'Connor Bresee & First
20 Corporate Woods Blvd
Albany, NY 12211

John H. Ring, III, Trustee
383 Cleveland Drive
Cheektowaga, NY 14215

Marion A. Olson, Jr., Trustee
1020 NE Loop 410, Suite 800
San Antonio, TX 78209

Kenneth P. Silverman, Trustee
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

Randolph N. Osherow
342 West Woodlawn, Street 300
San Antonio, TX 78212

Henry J. Applewhite, Trustee
P.O. Box 724
Aberdeen, MS 39730

Barbara B. Stalzer, Trustee
555 Sun Valley, Drive, Suite N-4
Roswell, GA 30076

John R. Stoebner, Trustee
One Financial Plaza, Suite 2500
120 South 6th Street
Minneapolis, MN 55447

Janice E. Stanton, Trustee
104 West 9th Street, Suite 303
Kansas City, MO 64015

John C. Bircher, III, Trustee
Hunter Bircher, LLP
P.O. Box 567
New Bern, NC 28563

Cecil M. Tipton, Jr., Trustee
P.O. Box 191
Opelika, AL 36801-0191

Michael T. Tabor, Trustee
203 S. Shannon
Jackson, TN 38301

Joy R. Webster, Trustee
P.O. Box 1098
Macon, GA 31202

Max R. Tarbox, Trustee
1722 Broadway
Lubbock, TX 79401

Frederick S. Wetzel, III, Trustee
1500 Riverfront Drive, Suite 104
Little Rock, AR 72202-1749

/s/ *Herman N. Johnson, Jr.*
OF COUNSEL