**Bankruptcy Only**
**Morgan vs FDS**
**Plaintiff's Claimed Damages Calculations**

| FULL NAME | Store | City | State | 3yrDmg | FIT | SS | MED | SIT | LOCAL | SCHOOL DISTRICT | HEAD TAX | WORKERS COMP | SUI/SDI/T DI/FLI | NET | Non-Bkr Paid Out |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALLENDE, RAMON E | 3688 | Milwaukee | WI | $52,906.89 | $13,226.72 | $3,280.23 | $767.15 | $3,571.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $32,061.58 | |
| AMICO, MARILYN R | 1687 | Attica | NY | $13,882.61 | $3,470.65 | $860.72 | $201.30 | $1,531.25 | 0.00 | 0.00 | 0.00 | 0.00 | $0.60 | $7,818.09 | $5,166.46 |
| BEASLEY, INGRID R | 3990 | Toledo | OH | $9,653.66 | $2,413.42 | $598.53 | $139.98 | $337.88 | 217.21 | 0.00 | 0.00 | 0.00 | 0.00 | $5,946.65 | |
| BELL, RUTH A | 1845 | Beaver Falls | PA | $13,483.13 | $3,370.78 | $835.95 | $195.51 | $413.93 | 67.42 | 0.00 | 52.00 | 0.00 | $8.09 | $8,539.45 | |
| BERRIOS, PORFIRIO J | 2943 | Woodbridge | VA | $58,300.66 | $14,575.17 | $3,614.64 | $845.36 | $3,352.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $35,913.21 | $29,017.87 |
| CARRERA, JOSUE N | 4948 | Tucson | AZ | $133,837.66 | $33,459.42 | $6,621.60 | $1,940.65 | $9,368.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $82,447.36 | $494.69 |
| CASEY, FLETA M | 928 | Louisville | KY | $25,924.88 | $6,481.22 | $1,607.34 | $375.91 | $1,555.49 | 375.91 | $194.44 | 0.00 | 0.00 | 0.00 | $15,334.57 | |
| COGGINS, TAMIE S | 306 | Roanoke | AL | $91,422.00 | $22,855.50 | $5,668.16 | $1,325.62 | $4,571.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $57,001.62 | $4,446.13 |
| COLEMAN, JUDITH C | 2373 | West Palm Beach | FL | $21,576.09 | $5,394.02 | $1,337.72 | $312.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $14,531.50 | |
| CONNELL, WANDA L | 364 | Mableton | GA | $18,002.03 | $4,500.51 | $1,116.13 | $261.03 | $1,080.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $11,044.25 | |
| CRADDOCK, WILLIAM C | 1498 | Kansas City | MO | $23,567.65 | $5,891.91 | $1,461.19 | $341.73 | $1,414.06 | 235.68 | 0.00 | 0.00 | 0.00 | 0.00 | $14,223.08 | |
| DETTER, BILL V | 1314 | Little Rock | AR | $99,337.62 | $24,834.41 | $6,158.93 | $1,440.40 | $6,953.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $59,950.25 | $43,224.13 |
| DORAZIO, DARLENE K | 1927 | Warren | OH | $12,193.98 | $3,048.50 | $756.03 | $176.81 | $426.79 | 243.88 | 0.00 | 0.00 | 0.00 | 0.00 | $7,541.98 | |
| DZIALO, SCOTT C | 1296 | Detroit | MI | $8,780.79 | $2,195.20 | $544.41 | $127.32 | $381.96 | 219.52 | 0.00 | 0.00 | 0.00 | 0.00 | $5,312.38 | |
| FIEBIGER, TIM | 4846 | Benson | MN | $21,392.23 | $5,348.06 | $1,326.32 | $310.19 | $1,337.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $13,070.65 | |
| FLETCHER, KARLA G | 1132 | Bainbridge | GA | $29,381.90 | $7,345.48 | $1,821.68 | $426.04 | $1,762.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $18,025.80 | |
| FOWLKES, RC JR | 1145 | Camden | NJ | $211,514.68 | $52,878.67 | $3,407.83 | $3,066.96 | $18,972.87 | 0.00 | 0.00 | 0.00 | 0.00 | $2,146.87 | $131,041.48 | $106,224.83 |
| GARCIA, MICHAEL | | | NJ | $18,856.47 | $4,714.12 | $1,169.10 | $273.42 | 1691.43 | 0.00 | 0.00 | 0.00 | 0.00 | 191.39 | $10,817.01 | |
| GARRETT, HAZEL M | 3380 | Leavenworth | KS | $17,856.14 | $4,464.04 | $1,107.08 | $258.91 | $892.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $11,133.30 | |
| HARRISON, GLORIA W | 4403 | Gainesville | GA | $16,191.19 | $4,047.80 | $1,003.85 | $234.77 | $971.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $9,933.30 | |
| HARVILLE, LARRY D | 333 | Columbus | GA | $27,246.42 | $6,811.61 | $1,689.28 | $395.07 | $1,634.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $16,715.68 | |
| HERRIAGE, BRENDA L | 1826 | Wichita | KS | $26,479.49 | $6,619.87 | $1,641.73 | $383.95 | $1,323.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $16,509.96 | |
| HOLLAND, JAN M | 2161 | Schenectady | NY | $12,219.91 | $3,054.98 | $757.63 | $177.19 | $1,347.86 | 0.00 | 0.00 | 0.00 | 0.00 | $0.60 | $6,881.65 | |
| JACKSON, RAYMOND L | 2108 | Providence | RI | $11,913.92 | $2,978.48 | $738.66 | $172.75 | $833.97 | 0.00 | 0.00 | 0.00 | 0.00 | $178.71 | $7,011.34 | |
| KIMSEY, MARY M | 5321 | South Bend | IN | $12,840.10 | $3,210.03 | $796.09 | $186.18 | $436.56 | 102.72 | 0.00 | 0.00 | 0.00 | 0.00 | $8,108.52 | |
| LINDNER, LISA | 4660 | Hamilton | OH | $9,266.93 | $2,316.73 | $574.55 | $134.37 | $324.34 | 185.34 | 0.00 | 0.00 | 0.00 | 0.00 | $5,731.60 | |
| LUESHEN, HARVEY J | 1444 | Rockford | IL | $7,893.02 | $1,973.26 | $489.37 | $114.45 | $236.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $5,079.16 | |
| MCKENZIE, YOLANDA | 1202 | Gadsden | AL | $10,267.93 | $2,566.98 | $636.61 | $148.88 | $513.40 | 205.36 | 0.00 | 0.00 | 0.00 | 0.00 | $6,196.70 | |
| NEEDHAM, MARY A | 1209 | Niles | MI | $15,364.04 | $3,841.01 | $952.57 | $222.78 | $668.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $9,679.35 | |
| NELSON, CARLA | 4088 | Colorado Springs | CO | $23,097.48 | $5,774.37 | $1,432.04 | $334.91 | $1,069.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $14,486.74 | |
| PARSONS, DWIGHT | 4163 | Greenville | NC | $15,264.24 | $3,816.06 | $946.38 | $221.33 | $915.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $9,364.61 | |
| PEDRAZA, SANTIAGO J | 2744 | San Antonio | TX | $7,166.32 | $1,791.58 | $444.31 | $103.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $4,826.52 | |
| PEZZUOLO, CARLEEN M | 1944 | Hurst | TX | $11,815.05 | $2,953.76 | $732.53 | $171.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $7,957.44 | |
| RAMOS, JOANN | | | UT | $14,211.32 | $3,552.83 | $881.10 | $206.06 | $895.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $8,676.01 | |
| ROSE, VADA | 3535 | Park Hills | MO | $25,649.17 | $6,412.29 | $1,590.25 | $371.91 | $1,538.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $15,735.77 | |
| ROSS, THONIA L | 1247 | Uhrichsville | OH | $9,302.43 | $2,325.61 | $576.75 | $134.89 | $325.59 | 162.79 | 0.00 | 0.00 | 0.00 | 0.00 | $5,776.81 | |
| SACKMAN, BRENDA S | 1265 | Saginaw | MI | $37,486.50 | $9,371.63 | $2,324.16 | $543.55 | $1,630.66 | 562.30 | 0.00 | 0.00 | 0.00 | 0.00 | $23,054.20 | $5,664.47 |
| SHAFFER, JANEEN L | 3684 | Sunbury | PA | $10,913.50 | $2,728.38 | $676.64 | $158.25 | $335.04 | 54.57 | 54.57 | 52.00 | 0.00 | $6.55 | $6,847.51 | |
| SHRADER, ANSEL B | 298 | Scottsboro | AL | $20,263.44 | $5,065.86 | $1,256.33 | $293.82 | $1,013.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $12,634.25 | |
| SOBLOTNEY, HARRY D | 2009 | Ocoee | FL | $19,580.89 | $4,895.22 | $1,214.02 | $283.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $13,187.73 | |
| STEWART, SAUNDRA R | 960 | Montgomery | AL | $14,053.08 | $3,513.27 | $871.29 | $203.77 | $702.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $8,762.10 | $7,780.75 |
| STOCKDALE, VALERIE K | 760 | Talladega | AL | $43,849.08 | $10,962.27 | $2,718.64 | $635.81 | $2,192.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $27,339.90 | $1,777.09 |
| SUMMERLIN, JANET L | 507 | Greensboro | GA | $67,109.93 | $16,777.48 | $4,160.82 | $973.09 | $4,026.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $41,171.94 | $4,364.23 |

Bankruptcy Only

| FULL NAME | Store | City | State | 3yrDmg | FIT | SS | MED | SIT | LOCAL | SCHOOL DISTRICT | HEAD TAX | WORKERS COMP | SUI/SDI/T DI/FLI | NET | Non-Bkr Paid Out |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAYLOR, STELLA Y | 4315 | El Paso | TX | $25,070.41 | $6,267.60 | $1,554.37 | $363.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $16,884.92 | |
| THOMPSON, BETTY JEAN | 1684 | Alachua | FL | $19,242.94 | $4,810.74 | $1,193.06 | $279.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $12,960.12 | |
| TIDRICK, JUDY A | 1339 | Dover | OH | $23,691.79 | $5,922.95 | $1,468.89 | $343.53 | $829.21 | 355.38 | 0.00 | 0.00 | 0.00 | 0.00 | $14,771.83 | |
| TURNER, SANDRA | 2644 | Danville | IN | $21,172.07 | $5,293.02 | $1,312.67 | $307.00 | $719.85 | 296.41 | 0.00 | 0.00 | 0.00 | 0.00 | $13,243.13 | |
| WEATHERS, TOMMY D | 4796 | Glenwood | AR | $16,304.10 | $4,076.03 | $1,010.85 | $236.41 | $1,141.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $9,839.52 | |
| WILSON, GLORIA | 3709 | Birmingham | AL | $44,502.62 | $11,125.66 | $2,759.16 | $645.29 | $2,225.13 | 667.54 | 0.00 | 0.00 | 0.00 | 0.00 | $27,079.84 | |
| WISENBURG, BOBBIE J KUTSCHER | 1850 | Canton | OH | $5,242.87 | $1,310.72 | $325.06 | $76.02 | $183.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $3,347.57 | |
| | | | | $1,506,543.25 | $376,635.81 | $82,023.27 | $21,844.88 | $87,651.56 | 3952.01 | 249.00 | 104.00 | 0.00 | 2532.81 | $931,549.91 | $208,160.65 |

**Total Paid to Bankruptcy Court**     **$723,389.26**