# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| JANICE E. MORGAN and BARBARA RICHARDSON, on behalf of themselves and all others similarly situated, ) ) ) ) ) ) | |
| Plaintiffs, ) ) ) | |
| vs. ) ) | CIVIL ACTION NO. 7:01-CV-0303-UWC |
| FAMILY DOLLAR STORES, INC., ) ) ) ) | |
| Defendant. ) | |

## NOTICE OF RESOLUTION OF ATTORNEY FEES AND COSTS AND SATISFACTION OF JUDGMENT

Come now the Plaintiffs, by and through their undersigned counsel, and hereby give notice to the Court that the Parties have fully and completely resolved the attorney fees and costs that are the subject of Plaintiffs Motion for Attorney Fees and Expenses (Doc. # 656 and 754) and Plaintiffs' Motion for Attorneys' Fees and Expenses on Appeal, which Plaintiffs asked that the Eleventh Circuit remand to this Court. Accordingly, Plaintiffs ask that this Court withdraw all their pending motions for attorney fees and expenses as the matter is now moot.

Plaintiffs also give notice to the Court that Family Dollar has satisfied the Judgment in this case and has paid the attorney fees and costs pursuant to the

1/1967989.1

2

agreement the Parties have reached. There are no remaining issues between the Parties.

Respectfully submitted this 8th day of December, 2009.

                                             s/Gregory O. Wiggins
                                             Gregory O. Wiggins
                                             One of the Attorneys for Plaintiffs
                                             Wiggins Childs Quinn & Pantazis
                                             The Kress Building
                                             301 Nineteenth Street North
                                             Birmingham, AL  35203
                                             gwiggins@wcqp.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

T. Matthew Miller
Abdul K. Kallon
Scott B. Smith
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203

                                             s/ Gregory O. Wiggins
                                             OF COUNSEL