# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **JANICE E. MORGAN** and **BARBARA RICHARDSON**, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 7:01-cv-0303-UWC |
| **FAMILY DOLLAR STORES, INC.**, | ) ) ) ) | |
| Defendant. | | |

## MOTION TO RELEASE SUPERSEDEAS BOND

Defendant Family Dollar, Inc. moves this Court to release the supersedeas bond it posted in this matter on April 27, 2007. *See* Doc. # 709. In support of this motion, Family Dollar says as follows:

1. Family Dollar posted the supersedeas bond in the amount of $44,470,074.35, which is 125 percent of the Amended Final Judgment, pursuant to Federal Rule of Civil Procedure 62(d), to stay enforcement on the judgment pending appeal. *See* FED. R. CIV. P. 62(d);

2. Family Dollar has since satisfied the judgment in this case by paying a portion of the judgment, plus interest, directly to Counsel for Plaintiffs and by depositing with this Court the portion of the judgment

belonging to those Plaintiffs who have filed bankruptcy claims. Family Dollar has also reached an agreement with the Plaintiffs on their attorney fees. As proof of a resolution of these matters, Family Dollar directs the Court to the Notice of Resolution of Attorney Fees and Costs and Satisfaction of Judgment Plaintiffs filed on December 8, 2008. *See* Doc. #758.

    3.    Now that Family Dollar has satisfied the judgment and has resolved all remaining issues with the Plaintiffs, the supersedeas bond is no longer necessary.

Family Dollar therefore moves the Court to release the supersedeas bond and direct the Clerk of Court to return the original bond to Family Dollar c/o T. Matthew Miller, Bradley Arant Boult Cummings, One Federal Place, 1819 Fifth Avenue North, Birmingham, Alabama 35203. Once Family Dollar receives the original bond, it will be returned to the surety, Safeco Insurance Company of America.

    Respectfully submitted,

/s/ Abdul Kallon
Abdul K. Kallon
akallon@babc.com
One of the Attorneys for Defendant
Family Dollar Stores, Inc.

OF COUNSEL:

BRADLEY ARANT BOULT CUMMINGS
ONE FEDERAL PLACE
Birmingham, Alabama 35203
(205) 521-8000
(205) 521-8800 (fax)
akallon@babc.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record:

| | |
|---|---|
| Gregory O. Wiggins, Esq. | J. Allen Schreiber, Esq. |
| Wiggins Childs Quinn & Pantazis P.C. | Schreiber & Petro, P.C. |
| The Kress Building | Two Metroplex Drive, |
| 301 – 19th Street North | Suite 250 |
| Birmingham, AL 35203 | Birmingham, AL 35209 |

/s/ Abdul K. Kallon
OF COUNSEL